UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Cheryl Fenelon
Barbara Fenelon Jackson
Plaintiffs,

v.

Lake Bethlehem Baptist Church,
Rickey Hall,
Lake Community Development,
Pittre Walker,
Dennis Everett, Sr.,
Shreveport Housing Authority,
Bonnie Moore,
Derrick Thomas,
City of Shreveport,
DOES 1-50
Defendants.

## DECLARATION OF VERIFICATION UNDER PENALTY OF PERJURY

We, Barbara Fenelon Jackson and Cheryl Fenelon, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. §1746, that the following statements are true, accurate, and correct to the best of our knowledge, information, and belief:

1. We are the named Plaintiffs (pro se) and unprotected federal informants in the above captioned Independent Action under Federal Rule of Civil Procedure 60(d)(3).

2. The factual assertions contained in our accompanying Emergency Motion for a Temporary Restraining Order, Relocation Assistance, and Electronic Filing Authorization are completely true, including:

3. The ongoing physical property terror, including explosive firecrackers deployed onto Plaintiff Barbara's roof resulting in shattered structural integrity, leaking roofs, and rotting ceilings; The armed witness intimidation documented via photographic exhibits of an immediate neighbor's brandishing a firearm;

4. The intentional, retaliatory cutting and withholding of functional air conditioning during extreme summer temperatures, subjecting an elderly Gospel minister to life threatening heat exhaustion;

5. The fraudulent inducement and identity conversion scheme involving the 20-year HOME Investment Partnership contract and background LSNDC/Bowman Systems ServicePoint software tracking; and

6. The imminent displacement and threat of homelessness facing Plaintiff Cheryl Fenelon, who

lives three hours away; imminent displacement due to property renovations, and due to being an unprotected INFORMANT.

Executed on this 10th day of July, 2026.

Respectfully submitted,

Barbara Fenelon Jackson

P.O. Box 5373
Shreveport, LA 71135

Cheryl L Fenelon
Post Office Box 5373
Shreveport, LA 71135
*Plaintiff, in Proper Person*

Cheryl Fenelon