# City of Shreveport



**Department of Community Development**
**Bureau of Administration – Monitoring Unit**
**Program Years 2023 - 2024**



## PROGRAM MONITORING  and COMPLIANCE REVIEW REPORT

← **LAKE COMMUNITY DEVELOPMENT CORPORATION (Lake CDC)** ←
**Martin Luther King, Jr. Partners – [MLK Partners]**
**"The Lake Village Mattie Street Rental-Housing  Project"**

---

**Project Commitment Date:** July 24, 2006
**HOME-Funded Grant Agreement Number:** 2006 – HOME-02
**Effective: August 31, 2006 – Extended Until: December 31, 2008**

**Home Investment Partnerships (HOME) Program**



**HUD Federally Funded – New Construction Project Activity**
**Total Funds Allocated: $469,000.00**

**The Project Contains Four (4) HOME-assisted "Fixed" Units**
**Project Completed Date:** January 31, 2008
**Period of Affordability:  20 Years – Expiring – January 31, 2028**

| City of Shreveport | | |
|---|---|---|
| PJ Staff Consulted: Delores Wright, Program Monitor | | |
| Project Owner: Lake Bethlehem Baptist Church | Project Address: 2932 MLK Jr. Drive, Shreveport, LA 71107 | |
| | Number of HOME-assisted Units: | |
| Period of affordability: 20 Years | Four (4) – Fixed | |
| Name of HUD Reviewer(s):  N/A | Date of Review: April 17-23, 2024 | |
| File Selection Summary - (Required) | | |
| Program Year(s) Reviewed: 2023-2024 | Review Period: January 1, 2023 through March 31, 2024 | |
| Number of Files Reviewed: | One (1) – 2088 Mattie Street | |
| How were files selected? | Random | |

**NOTE:**   All questions on HOME Program Exhibit 7-30 contain the citation for the source of the requirement (statute or regulation). If the requirement is not met, HUD must make a finding of non-compliance. HUD issues findings identifying areas of non-compliance that must be resolved through corrective action.

The following areas applicable to this Project activities, throughout the Period of Affordability, were reviewed:

A.   Income Determinations and Annual Income Recertification
B.   Lease and Subsequent Rent Compliance
C.   On-Going Occupancy Requirements
D.   On-Going Property Standards and HQS Inspections
E.   Period of Affordability Reporting Requirements, Terms and Conditions of 2006 Written Agreement and Commercial Property Insurance Coverage

## SUMMARY OF MONITORING

A.  Income Determination 24 CFR 9 2.203(a)(1) and 92.252(h)

**FINDING:**  Developer failure to provide information requested that is required to complete Lake CDC 2024 Annual Compliance Review.

**CONDITION:** Despite numerous attempts to reach Ms. Walker (by phone, emails and letters) information needed to complete the organization's Program Year 2023 and 2024 Annual Compliance Review has not been provided.

**CRITERIA:** 24 CFR 92.252(f)(2)(h)

 **AI Overview**

The "HOME Investment" funding in Shreveport refers to grants from the HOME Investment Partnerships Program (HOME), specifically the HOME–American Rescue Plan (HOME–ARP) allocation, which provides funding to local governments to support affordable housing and communities in need. For supportive services in Shreveport, these HOME–ARP funds are used to serve households at high risk of housing instability, including those experiencing or at risk of homelessness. 🔗

## Key Information about HOME-ARP Supportive Services in Shreveport

- **Purpose**: To provide supportive services that help households experiencing homelessness or at risk of homelessness to achieve housing stability. 🔗

- **Funding Source**: The funds come from the U.S. Department of Housing and Urban Development (HUD) through the HOME–ARP program. 🔗

- **Eligible Activities**: Supportive services funded by HOME–ARP can include housing counseling, homelessness prevention, childcare, job training, legal services, case management, moving costs, and rental assistance. 🔗

- **Application Process**: The City of Shreveport solicits proposals from eligible governmental and nonprofit entities for funding consideration under this program. 🔗

- **Administration**: The City of Shreveport's Department of Community Development manages the allocation of these funds, which are part of the city's annual allocation of HOME grant funds. 🔗



*Man from across the street came and stood outside our kitchen window to brandish his **gun**.*

1

*Man from across the street came and stood outside our kitchen window to brandish his* **gun.**



Outside Plaintiffs' dwelling

*Photo taken May 5, 2021 showing gas meter has been removed. Repeated tampering with the meter to deliberately cause gas to escape inside the Plaintiffs' dwelling made it necessary for them do live without gas for heating and cooking. (Likewise, Plaintiffs no longer have central air conditioning because neighbor bullies tampered with and disabled the a/c.) Moreover, the thus far unassailable, unaccountable, predator tactics of the LSNDC-Bowman System cartel –aided by co-conspirators, made an attempt to go to some other location out of dangerous cartelists' reach, impracticable.

Back window cracked due to objects thrown by neighbors.

Inside Plaintiffs dwelling



**Light bulbs removed due to rain water coming in.



Inside Plaintiffs' dwelling

Inside Plantiffs dwelling

Inside Plaintiffs' dwelling



Inside Plaintiffs' dwelling

https://www.legis.la.gov/legis/NGO/NgoDoc.aspx?NgoId=497&search=ALL

# NGO Funding Request

The recipient entity's full legal name: The Lake Community Development Corporation

The recipient entity's physical address:
700 Pierre Avenue
Shreveport, LA 71103

The recipient entity's mailing address (if different):
2842 Martin Luther King, Jr. Boulevard
Shreveport, LA 71107

Type of Entity (for instance, a nonprofit corporation): Non-Profit Corporation

If the entity is a corporation, list the names of the incorporators:


The last four digits of the entity's taxpayer ID number: 0805

What is the dollar amount of the request? $50,000

What type of request is this? General Appropriation

Is this entity in good standing with the Secretary of State? Yes

Provide the name of each member of the recipient entity's governing board and officers:
Dennis R. Everett. Sr. - President
3107 Country Club Drive
Shreveport, LA 71109

1





Inside Plaintiffs' dwelling

SIRAttaahsPropertyFromLakeBetterthanCheck

**2319222**
10/22/2010 09:16 AM

STATE OF LOUISIANA

PARISH OF CADDO

*West*

JACKIE WEST
DEPUTY CLERK

M 5113

C 4420   **COOPERATIVE ENDEAVOR AGREEMENT BETWEEN THE LAKE COMMUNITY DEVELOPMENT CORPORATION AND THE PARISH OF CADDO**

In accordance with Article VII, Section 14 of the Constitution of the State of Louisiana, The Lake Community Development Corporation ("Lake Community Corporation"), a non-profit 501(c)(3) corporation located in Shreveport, Louisiana, herein represented by Dennis R. Everett, Sr., its President, and the Parish of Caddo ("Parish"), herein represented by Woodrow Wilson, Jr., its Administrator and Chief Executive Officer, do hereby enter into this Cooperative Endeavor Agreement ("Agreement") to serve the public for the purposes hereinafter declared.

IT IS HEREBY AGREED by the Parish and Lake Community Corporation that:

PURPOSE

The purpose of this Cooperative Endeavor Agreement is to set forth the terms under which the Parish will provide certain funds to The Lake Community Development Corporation.

SCOPE

The Parish funds for this Project are limited to being used to fund the aquatics program and the refurbishment of basketball courts for Lake Community's athletic program, both of which serve low-income persons. If the Parish determines that any use of the funds is not considered a permissible use, Lake Community Corporation shall be so notified. Lake Community Corporation shall then have the option to revise its plans to remove any non-eligible expenditures. Lake Life hereby acknowledges that Lake Life shall be solely responsible for the cost of any non-eligible expenditures.

USE OF FUNDS

The Parish agrees to provide Lake Community Corporation an amount not to exceed the sum of Forty Thousand and No/100 ($40,000.00) Dollars. The funds provided by the Parish to Lake Community Corporation shall be used for the purpose stated above

City of Shreveport

| | |
|---|---|
| PJ Staff Consulted: Delores Wright, Program Monitor | |
| Project Owner:<br>Lake Bethlehem Baptist Church | Project Address: 2932 MLK Jr. Drive,<br>Shreveport, LA 71107 |
| | Number of HOME-assisted Units: |
| Period of affordability: 20 Years | Four (4) – Fixed |
| Name of HUD Reviewer(s):  N/A | Date of Review: April 17-23, 2024 |
| File Selection Summary - (Required) | |
| Program Year(s) Reviewed:<br>2023-2024 | Review Period:<br>January 1, 2023 through March 31, 2024 |
| Number of Files Reviewed: | One (1) – 2088 Mattie Street |
| How were files selected? | Random |

**NOTE:**   All questions on HOME Program Exhibit 7-30 contain the citation for the source of the requirement (statute or regulation).  If the requirement is not met, HUD must make a finding of non-compliance.  HUD issues findings identifying areas of non-compliance that must be resolved through corrective action.

The following areas applicable to this Project activities, throughout the Period of Affordability, were reviewed:

A.  Income Determinations and Annual Income Recertification
B.  Lease and Subsequent Rent Compliance
C.  On-Going Occupancy Requirements
D.  On-Going Property Standards and HQS Inspections
E.  Period of Affordability Reporting Requirements, Terms and Conditions of 2006 Written Agreement and Commercial Property Insurance Coverage

## SUMMARY OF MONITORING

A.  Income Determination  24 CFR 9 2.203(a)(1) and 92.252(h)

**FINDING:**  Developer failure to provide information requested that is required to complete Lake CDC 2024 Annual Compliance Review.

**CONDITION:** Despite numerous attempts to reach Ms. Walker (by phone, emails and letters) information needed to complete the organization's Program Year 2023 and 2024 Annual Compliance Review has not been provided.

**CRITERIA:**  24 CFR 92.252(f)(2)(h)

M 4614
# HALL BUILDERS, INC.
General Contractor & Consultant



## AGREEMENT BETWEEN OWNER AND CONTRACTOR

THIS AGREEMENT (the "Agreement") is made as of the __5th__ day of __June, 2007__, and SHALL BE IN FULL EFFECT ON THE DATE SIGNED BY EACH PARTY.

BETWEEN the Owner:    **The Lake Community Development Corporation**
2842 Martin Luther King Drive
Shreveport, Louisiana 71107

Gary Loftin
Caddo Parish Clerk of Court
2121284
09/21/2007  12:29 PM

And the Contractor:    Hall Builders, Inc.
1185 Hawn Avenue
Shreveport, Louisiana 71107

For the new construction of: ___(4) MODULAR HOMES with **NO GARAGES INCLUDED**___

The Owner and Contractor agree as set forth below:

*Wendy Clark*
WENDY CLARK
DEPUTY CLERK

### ARTICLE 1 – THE CONTRACT DOCUMENTS

1.1    The Contract Documents consist of this Agreement, General Conditions to Agreement between Owner and Contractor attached hereto ("General Conditions"), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the "Contract", and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreement, either written or oral. If anything in other documents is inconsistent with this Agreement, this Agreement shall govern.

### ARTICLE 2 – DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

2.1    The date of commencement shall be __October 8, 2007__.

2.2    The Contractor shall achieve substantial completion of the entire Work not later than December 31, 2007, ("Completion Date"). "Substantial Completion" as used herein means completion of Work set forth in Drawings and Specifications, or description of work provided by Contractor.

### ARTICLE 3 – CONTRACT SUM

3.1    The Owner shall pay the Contractor in current funds for the Contractor's performance of the contract the Amount Of _Five Hundred Forty-Two Thousand Two Hundred Ninety-Six Dollars_ ($542,296.00).

### ARTICLE 4 – SUBCONTRACTORS AND OTHER AGREEMENTS

4.1    Those portions of the Work that the Contractor does not customarily perform with the Contractor's own personnel shall be performed under subcontracts ("Subcontractors") or by other appropriate agreements with the Contractor.

4.2    Subcontractor other agreements shall conform to the payment provisions herein (unless otherwise agreed to by Contractor and Owner) and can be awarded on the basis of cost plus a fee with consent of the Owner.

Corporate Office
1185 Hawn Avenue
Shreveport, Louisiana 71107
(318) 222-4610 (318) 424-2430 fax

www.hallbuildersinc.com

**403**

*"All things are possible to him that believeth." Mark 9:23*

New Orleans Office
Central Business District
(504) 598-3322
(504) 598-3393 fax

G:\APPS\Client\CHURCH PROJECTS\Lake Bethlehem BC\Hustle Street Modular\Agreement Between Owner & Contractor.doc



Deacon Rickey Hall







*This is the first refrigerator in September 2008 for Plaintiffs' dwelling (a stark difference from the refrigerator that was boarded up, along with other contents, inside the LBBC house next door –and afterward placed at curbside on 4/25/2025). Second hand refrigerators were purchased thereafter, by the Plaintiffs.*







This photo is the window air condition unit that the Plaintiff began using after neighbor tampering with the central unit rendered it inoperable. Also, Plaintiffs had used a back bedroom window unit, but it was no longer safe to do so. Plaintiffs do not have any air conditioning now.



*This church deacon who –along with his crew cuts grass at the LBBC's houses.  Since he never moved the former tenant's mattress, months later the Plaintiffs paid a passerby to move the mattress curbside.*

LBBC Deacon Harris

 "project based" rental fraud ×

All    News    Images    Short videos    Videos    Forums    Shopping    : More    T

◆ AI Overview                                                                    Learn more    :

"Project-based" rental fraud in HUD (Housing and Urban Development) programs refers to fraudulent activities related to the Project-Based Rental Assistance (PBRA) program, where HUD contracts with property owners to provide rental subsidies for low-income families. This type of fraud can involve various schemes, including submitting false documentation, misrepresenting income, or using fake identities to collect rental subsidies. ✎

Here's a more detailed look at the types of fraud and their implications:

Types of Fraud in Project-Based Rental Assistance:

**Fictitious Expenses:**
Property management companies may falsely claim expenses for improvements or supplies that were not actually completed or purchased, aiming to collect more subsidy payments. ✎

**False Certification:**
Project management may continue reporting a tenant as living in a unit after they have moved out or died, to continue receiving subsidy payments. ✎

**Ghost Beneficiaries:**
A landlord may create fake tenants using identity theft or synthetic identities to collect additional rent subsidies. ✎

**Misrepresenting Income:**
Applicants may lie about their income to qualify for assistance or to receive higher subsidy amounts. ✎

**Using Fake IDs:**
Applicants may use fake or stolen IDs, or create synthetic identities to avoid detection. ✎

**Subletting:**
Tenants may sublet their units without the landlord's permission, potentially defrauding the system by receiving rent from another person while also receiving assistance. ✎

**Overpayment Scams:**
Tenants may overpay rent with a check and then obtain a refund of the excess amount before the original check bounces. ✎

Consequences of Rental Fraud:

**Eviction:**
Individuals or families found to have committed fraud can be evicted from their rental properties. ✎

**Termination of Assistance:**
HUD may terminate rental assistance payments for individuals or families found to have committed fraud. ✎

ttps://www.google.com/search?q="project+based"+rental+fraud&rlz=1C1_____enUS1154US1154&oq="project+based"+rental+fraud&gs_lcrp=EgZja..

## SHREVEPORT IMPLEMENTATION AND REDEVELOPMENT AUTHORITY

Board Meeting Minutes, Wednesday, May 15, 2024

1:30 p.m.

Mayor's Conference Room

2nd Floor, Government Plaza

505 Travis Street, Shreveport, Louisiana

**Board Members**

Present: Parker Brown, Reginald Mims, Kelly Nelson, Bruce Roberts

Absent: Rickey Hall, Kyle McInnis, Africa Price, Audrius Reed, Justin Sevier

Quorum Present: No

Others Present:
Kristina Douglas, Assistant City Attorney
Bonnie Moore, Community Development Director
Liz Swaine, Reporter Shreveport-Bossier City Advocate
Mike Riordan, Shreveport Citizens United

**Proceedings**

1. Meeting called to order by Chairperson Brown at 1:36 p.m.

2. Roll call by Chair. Quorum was not present.

3. Approval of April 24, 2024 minutes
   Postponed until June meeting.

4. Public Comments
   None

5. Discussion of Current/Potential Projects

   Lake Bethlehem Baptist Church – Vote on CEA postponed until June meeting.

*Aside from the multiple nonprofit businesses that the Rickey Hall family own, Hall is a board member at Lake Bethlehem (LBBC) —and well as a board member for numerous interlinked LBBC nonprofit businesses. LBBC is owned by Reverend Dennis R Everett, Sr., and his relatives —including Everett's niece, Pittre Walker. Hall, Everett, Walker (and their various nonprofit businesses) are defendants in Western District federal court civil action 5:23-cv-01717.*

*Aside from multiple other nonprofit businesses for which Walker is the executive director, Walker is also the Homeless Education liaison for the Caddo Parish school system which encompasses other Parishes throughout Louisiana.*

***Due to identity theft**, for more than a decade the Fenelons have been **trapped in intentionally imposed peonage**, and ensnared in the extremely dangerous, uninhabitable domicile where the Fenelons were fraudulently lured after the Fenelon family's evacuation from New Orleans 2 days before the Katrina disaster. LBBC defendants are also "collaborative partners" with the same United Way that gave LBBC $100,000 for a "rent-to-own" scheme.*

Housing Development Opportunities through Community Development –

Bonnie Moore, Community Development Director, informed the Board that a statement of qualifications for developers would be presented at the next Board meeting. Bonnie Moore also updated the Board on her communication with the New Orleans and Baton Rouge redevelopment authorities. The New Orleans ...

Council Proceedings of the City of Shreveport, Louisiana

May 8, 2012

The regular meeting of the City Council of the City of Shreveport, State of Louisiana was called to order by Chairman Sam Jenkins at 3:04 p.m., Tuesday, May 8, 2012, in the Government Chambers in Government Plaza (505 Travis Street).

Invocation was given by Father Cuomo.

The Pledge of Allegiance was led by Councilman Shyne.

On Roll Call, the following members were Present: Councilmen Rose Wilson-McCulloch, Jeff Everson, Oliver Jenkins, Ron Webb (Arrived at 3:17 p.m.), Joe Shyne, and Sam Jenkins. 6. Absent: Councilman Michael Corbin. 1.

*Ms. Beth Foster: (6916 Oak Hill Circle)* I appreciate you having me speak today. Honorable Cedric Glover and Rose McCulloch, Ron Webb, Sam Jenkins, Oliver Jenkins, Jeff Everson, Joe Shyne. I appreciate everything you all do and work tireless for the programs and the welfare of this community. But I'm a member of the League of Women voters, okay? And I monitor your vote. I watch where you spend your money and how you spend your money. And we as citizens are monitoring I-49, everything. And right now you have a challenge with 3132 today. And so what I'm trying to do is back in 2002, you voted money for a community center. Which was at 700 Pierre Avenue. And that was millions of dollars that was supposed to be there. I have the Allendale plan right here. And it was to have Antoine Park, a domestic violence center, also there was supposed to be the money used for the SPAR YWCA program, and I'm wondering what has happened to that money and if that community center is opened. I know kinda what has happened. Because I was there on February 14, 2008 when the Allendale facility was closed. And that broke my heart. But there was a noble plan for the Allendale and I believe Ledbetter Heights too. Cause there's a map

on here, it was presented by (if you'd like to look at it) by the Downtown Development. Downtown Development has considered Allendale's part of the corridor. I served on the cultural plan appointed by the Milton Williams, the original cultural plan to get people to come down to downtown Shreveport to live down there. So we were working on a population for downtown. We wanted them to come down to live, eat, to play down there. As a diplomat, I cut ribbons everyday all across this city. I cut the ribbon on the Allendale facility. I cut ribbons all over, but we need to look at programs that were there. And there's a large group of people that want to have Allendale pool opened again and they want it to open to have aquatic programs for our children. And we want --- these citizens are hoping that you will find it in your hearts somehow or other to buy the 700 Pierre back from Rev. Everett Dennis, the Lake Bethlehem Baptist Church and restore the aquatic programs and the other programs that would (inaudible) into that community. In my opinion, that is our community center. Thank you.

Home > **Tax Exempt Organization Search** > Lake Community Development Corp

< Back to Search Results

# Lake Community Development Corp

EIN: 55-0890805 | Shreveport, LA, United States

## Auto-Revocation List ⓘ

Organizations whose federal tax exempt status was automatically revoked for not filing a Form 990-series return or notice for three consecutive years. Important note: Just because an organization appears on this list, it does not mean the organization is currently revoked, as they may have been reinstated.

> **Posted Date: 06-09-2011**

**Exemption Type:** 501(c)(3)

**Exemption Reinstatement Date:**

**Revocation Date:** 05-15-2010

**Revocation Posting Date:** 06-09-2011

CLARIFICATION: The 20-year HUD HOME Investment Partnership contract which ends in year 2028 shows Lake Community Development Corporation as the sub-grantee, and includes the house where Barbara resides and Cheryl once resided. Neither of the Plaintiffs have ever applied for, nor have they ever knowingly received HUD subsidized rental aid. LCDC nor LBBC has never provided the Plaintiffs with entitled to "supportive services" aimed tenant "self-sufficiency." The Plaintiffs need relocation and witness protection due to the fact that Plaintiffs' relentless pursuit for emancipation requires being INFORMANTS about government program crime.

https://www.mapquest.com/us/louisiana/lake-life-development-center-461878789

## Lake Life Development Center, 700 Pierre Ave, Shreveport, LA... ✓

Get directions, reviews and information for Lake Life Development Center in Shreveport, LA. You can also find other Church Organizations on MapQuest.

https://www.yelp.com/biz/shreveport-public-assembly-and-recreation-spar-shreveport

## Shreveport Public Assembly and Recreation Spar - Yelp ✓

Shreveport Public Assembly and Recreation Spar is located at 700 Pierre Ave, Shreveport, LA. Is this your business? Respond to reviews and customer messages.

https://www.yelp.com/biz/lake-bethlehem-baptist-church-shreveport-2

## LAKE BETHLEHEM BAPTIST CHURCH - Phone Number - Yelp ✓

Lake Bethlehem Baptist Church is located at 700 Pierre Ave, Shreveport, LA. Is this your business? Respond to reviews and customer messages. Claiming is free, ...

https://www.zillow.com/homedetails/700-Pierremont-Rd-Shreveport-LA-71106/51343487_zpid

## 700 Pierremont Rd, Shreveport, LA 71106 - Zillow ✓

700 Pierremont Rd, Shreveport, LA 71106 · ZILLOW HOME LOANS. Get pre-qualified for a loan · Home value. It looks like this property has missing facts, which can ...

https://www.zillow.com/homedetails/Pierre-Ave-Shreveport-LA-71103/103637109_zpid

## Pierre Ave, Shreveport, LA 71103 - Zillow ✓

Pierre Ave, Shreveport, LA 71103 is currently not for sale. The -- sqft home type unknown

# SIRA purchases property from Lake Bethlehem Church

**Alexandra Meachum**
Thu, January 16, 2025 at 7:40 AM CST
1 min read



| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| THE LAKE COMMUNITY DEVELOPMENT CORPORATION | Non-Profit Corporation | SHREVEPORT | Active |

**Previous Names**

Business: THE LAKE COMMUNITY DEVELOPMENT CORPORATION

Charter Number: 35904449N

Registration Date: 3/21/2005

**Domicile Address**

2842 MARTIN LUTHER DRIVE
SHREVEPORT, LA 71107

**Mailing Address**

C/O DENNIS R. EVERETT
2842 MARTIN LUTHER DRIVE
SHREVEPORT, LA 71107

**Status**

Status: Active

Annual Report Status: Not In Good Standing for failure to file Annual Report

File Date: 3/21/2005

Last Report Filed: 3/22/2023

Type: Non-Profit Corporation

**Registered Agent(s)**

| Agent: | DENNIS R. EVERETT |
|---|---|
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 3/21/2005 |

**Officer(s)**                                                    Additional Officers: No

| Officer: | JAMES MOORE ← *Deceased* |
|---|---|
| Title: | Vice-President |
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Officer: | DERRICK THOMAS |
| Title: | Vice-President |
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Officer: | HERMAN WASHINGTON ← *Deceased* |
| Title: | Vice-President |
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

**Amendments on File (3)**

| Description | Date |
|---|---|
| Amendment | 10/12/2005 |
| Revoked | 5/14/2019 |
| Reinstatement | 4/27/2021 |

| Back to Search Results | New Search | View Shopping Cart |

© 2024 Louisiana Department of State

2






## Tonuary Robinson

Investor at TONUARY BUY PROPERTIES, LLC
Bossier City, Louisiana, United States
904 followers · 500+ connections

TONUARY BUY PROPERTIES, LLC

Bossier Parish Community College

**Join to connect**

## About

Experienced Director Of Operations with a demonstrated history of working in the education management industry. Skilled in Nonprofit Organizations, Negotiation, Budgeting, Event Planning, and Microsoft Excel. Strong operations professional graduated from Bossier Parish Community College.

## Experience



**Investor**
TONUARY BUY PROPERTIES, LLC
Jun 2017 - Present · 5 years 3 months
Dallas/Fort Worth Area



**Program Coordinator**
Lake Community Development Corporation, Inc.
Mar 2013 - Present · 9 years 6 months



**Director Of Operations**
Cityview Realty L.L.C
Jun 2017 - Sep 2017 · 4 months
219 Fannin St., Shreveport, LA 71101

Oversees the day-to-day business of property management, real estate listings, sales, and marketing.



**Real Estate Broker/Realtor**
America's Best Realty, L.L.C.
Jun 2002 - Aug 2012 · 10 years 3 months



**Realtor MultiMillion Dollar Producer**
Realty Executives
Jun 1992 - Aug 1997 · 5 years 3 months

Search for Louisiana Business Filings

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

**Name**
THE LAKE COMMUNITY DEVELOPMENT CORPORATION

**Type**
Non-Profit Corporation

**City**
SHREVEPORT

**Status**
Active

GET HELP

**Previous Names**
Business:      THE LAKE COMMUNITY DEVELOPMENT CORPORATION
Charter Number:      35904449N
Registration Date:      3/21/2005

**Domicile Address**
     2842 MARTIN LUTHER DRIVE
     SHREVEPORT, LA 71107

**Mailing Address**
     C/O DENNIS R. EVERETT
     2842 MARTIN LUTHER DRIVE
     SHREVEPORT, LA 71107

**Status**
Status:      Active
Annual Report Status:      Not In Good Standing for failure to file Annual Report
File Date:      3/21/2005
Last Report Filed:      4/27/2021
Type:      Non-Profit Corporation

**Registered Agent(s)**

| Agent: | DENNIS R. EVERETT |
|---|---|
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 3/21/2005 |

**Officer(s)**      Additional Officers: No

| Officer: | JAMES MOORE   ←deceased |
|---|---|
| Title: | Vice-President |
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Officer: | DERRICK THOMAS |
| Title: | Vice-President |
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Officer: | HERMAN WASHINGTON   ←deceased |
| Title: | Vice-President |
| Address 1: | 2842 MARTIN LUTHER DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

**Amendments on File (3)**

| Description | Date |
|---|---|
| Amendment | 10/12/2005 |
| Revoked | 5/14/2019 |
| Reinstatement | 4/27/2021 |

| Back to Search Results | New Search | View Shopping Cart |

© 2022 Louisiana Department of State

1

Caddo Parish Clerk of Court

**2213160**

03/02/2009 03:06 PM

*Wendy Clark*

WENDY CLARK
DEPUTY CLERK

STATE OF LOUISIANA

PARISH OF CADDO

C 4199

## COOPERATIVE ENDEAVOR AGREEMENT BETWEEN THE LAKE COMMUNITY DEVELOPMENT CORPORATION AND THE PARISH OF CADDO

M-4846

In accordance with Article VII, Section 14 of the Constitution of the State of Louisiana, The Lake Community Development Corporation ("Lake Community Corporation"), a non-profit 501(c)(3) corporation located in Shreveport, Louisiana, herein represented by Dennis R. Everett, Sr., its President, and the Parish of Caddo ("Parish"), herein represented by Woodrow Wilson, Jr., its Administrator and Chief Executive Officer, do hereby enter into this Cooperative Endeavor Agreement ("Agreement") to serve the public for the purposes hereinafter declared.

IT IS HEREBY AGREED by the Parish and Lake Community Corporation that:

### PURPOSE

The purpose of this Cooperative Endeavor Agreement is to set forth the terms under which the Parish will provide certain funds to The Lake Community Development Corporation.

### SCOPE

The Parish funds for this Project are limited to being used for the maintenance and support of the Senior Health and Wellness Program particularly the Senior Congregate Meal Program to those in need in the Parish of Caddo.

If the Parish determines that any use of the funds is not considered a permissible use, Lake Community Corporation shall be so notified. Lake Community Corporation shall then have the option to revise its plans to remove any non-eligible expenditures or to acknowledge that Lake Community Corporation shall be solely responsible for the cost of any non-eligible expenditures.

### USE OF FUNDS

The Parish agrees to provide Lake Community Corporation an amount not to exceed the sum of Fifteen Thousand and No/100 ($15,000.00) Dollars. The funds



# SECRETARY OF STATE
**NANCY LANDRY**

(https://www.sos.la.gov/Pages/default.aspx)

| Buy Certificate and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| LAKE BETHLEHEM BAPTIST CHURCH | Non-Profit Religious Corporation | SHREVEPORT | Active |

**Previous Names**

LAKE BETHELEHAM BAPTIST CHURCH (Changed: 8/18/1980)

| | |
|---|---|
| Business: | LAKE BETHLEHEM BAPTIST CHURCH |
| Charter Number: | 05003170W |
| Registration Date: | 3/11/1980 |

**Domicile Address**
2842 MARTIN L. KING DRIVE
SHREVEPORT, LA 71107

**Mailing Address**
2842 MARTIN L. KING DRIVE
SHREVEPORT, LA 71107

**Status**

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | Not in Good Standing for failure to file Annual Report |
| File Date: | 3/11/1980 |
| Last Report Filed: | 1/22/2025 |
| Type: | Non-Profit Religious Corporation |

**Registered Agent(s)**

| Agent: | DENNIS R. EVERETT |
|---|---|
| Address 1: | 3107 COUNTRY CLUB DR. |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 3/22/1993 |

| Agent: | RICKEY HALL |
|---|---|
| Address 1: | 1185 HAWN AVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 8/28/2020 |

| Agent: | ARCHIE KENNON |
|---|---|
| Address 1: | 2842 MLK, JR DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 8/28/2020 |

**Officer(s)**                                                      Additional Officers: No

| Officer: | DENNIS R. EVERETT |
|---|---|
| Title: | President |
| Address 1: | 3107 COUNTRY CLUB DR. |
| City, State, Zip: | SHREVEPORT, LA 71109 |

| Officer: | RICKEY HALL |
|---|---|
| Title: | Comptroller |
| Address 1: | 1185 HAWN AVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

| Officer: | CLERVIE STINSON   **deceased* |
|---|---|
| Title: | Secretary |
| Address 1: | 2842 MLK JR, DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

| Officer: | ARCHIE KENNON   **deceased* |
|---|---|
| Title: | Treasurer |
| Address 1: | 2842 MLK JR. DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

**Amendments on File (2)**

| Description | Date |
|---|---|
| Name Change | 8/18/1980 |
| Appointing, Change, or Resign of Officer | 9/9/2020 |

| Back to Search Results | New Search | View Shopping Cart |

© 2026 Louisiana Department of State

https://coraweb.sos.la.gov/CommercialSearch/CommercialSearchDetails.aspx?CharterID=32011_DC0E048A51

1

(https://www.sos.la.gov/Pages/default.aspx)    SMB for Louisiana Business Entities Filing

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| Name | Type | City | Status |
|---|---|---|---|
| LAKE BETHLEHEM BAPTIST CHURCH | Non-Profit Religious Corporation | SHREVEPORT | Active |

**Previous Names**
LAKE BETHELEHAM BAPTIST CHURCH (Changed: 8/18/1980)
Business:            LAKE BETHLEHEM BAPTIST CHURCH
Charter Number:       05003170W
Registration Date:    3/11/1980
Domicile Address
         2842 MARTIN L. KING DRIVE
         SHREVEPORT, LA 71107
Mailing Address
         2842 MARTIN L. KING DRIVE
         SHREVEPORT, LA 71107
Status
Status:              Active
Annual Report Status: Not In Good Standing for failure to file Annual Report
File Date:            3/11/1980
Last Report Filed:    5/7/2021
Type:                Non-Profit Religious Corporation

**Registered Agent(s)**

| Agent: | DENNIS R. EVERETT |
|---|---|
| Address 1: | 3107 COUNTRY CLUB DR. |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 3/22/1993 |

| Agent: | RICKEY HALL |
|---|---|
| Address 1: | 1185 HAWN AVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 8/28/2020 |

| Agent: | ARCHIE KENNON |
|---|---|
| Address 1: | 2842 MLK, JR DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |
| Appointment Date: | 8/28/2020 |

**Officer(s)**                                    Additional Officers: No

| Officer: | DENNIS R. EVERETT |
|---|---|
| Title: | President |
| Address 1: | 3107 COUNTRY CLUB DR. |
| City, State, Zip: | SHREVEPORT, LA 71109 |

| Officer: | RICKEY HALL |
|---|---|
| Title: | Comptroller |
| Address 1: | 1185 HAWN AVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

| Officer: | CLERVIE STINSON    *deceased |
|---|---|
| Title: | Secretary |
| Address 1: | 2842 MLK JR, DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

| Officer: | ARCHIE KENNON    *deceased |
|---|---|
| Title: | Treasurer |
| Address 1: | 2842 MLK JR, DRIVE |
| City, State, Zip: | SHREVEPORT, LA 71107 |

**Amendments on File (2)**

| Description | Date |
|---|---|
| Name Change | 8/18/1980 |
| Appointing, Change, or Resign of Office | 9/9/2020 |

| Back to Search Results | New Search | View Shopping Cart |

© 2024 Louisiana Department of State

https://coraweb.sos.la.gov/CommercialSearch/CommercialSearchDetails.aspx?CharterID=52011_DC0E048AE1

2

# NGO Funding Request
http://www.legis.la.gov/legis/NGO/NgoDoc.aspx?NgoId=497&search=ALL

**The recipient entity's full legal name:  The Lake Community Development Corporation**

The recipient entity's physical address:
700 Pierre Avenue
Shreveport, LA 71103

The recipient entity's mailing address (if different):
2842 Martin Luther King, Jr. Boulevard
Shreveport, LA 71107

Type of Entity (for instance, a nonprofit corporation):  Non-Profit Corporation

**If the entity is a corporation, list the names of the incorporators:**

The last four digits of the **entity's taxpayer ID number:  0805**

What is the dollar amount of the request?  $50,000

What type of request is this?  General Appropriation

Is this entity in good standing with the Secretary of State?  Yes

Provide the name of each member of the recipient entity's governing board and officers:
Dennis R. Everett, Sr. - President
3107 Country Club Drive
Shreveport, LA 71109

---

Lagniappe Heating 420 Sophia Ln Shrvprt 71115..............798-2883
Lagniappe Heating & Air Conditioning Shrvprt......780-2966
Lagniappe Montessori And Children's Center
    619 Lee St Mndn 71055...........................................371-3737
LaHood's Mobile Homes 986 Hwy 171 S Mnsfld 71052..872-3032
Lake Bethlehem Baptist Church
    2842 Dr Martin Luther King Dr Shrvprt 71107..............221-1356
Lake Bistineau State Park
    Information...........................................................745-3503
    Reservation Number Call Toll Free-Dial '1' & Then.......877-226-7652
Lake Charles Phone 624 Texas St Shrvprt 71109.........562-3180
Lake Forest Capital 10002 Twining Vine Shrvprt 71109.....797-0888
Lake Forest Hills Hoa
    100 Lake Forest Hls Shrvprt 71109.........................636-0610
Lake Life Development Center
    700 Pierre Ave Shrvprt 71103.................................425-9012
Lake Shore 327 Kings Hwy Shrvprt 71109...................562-3423
Lake Street Clinic 403 Lake St Shrvprt 71101..............918-9671
Lake Street Dance Hall 425 Lake St Shrvprt 71101........222-2556
Lake Zion Baptist Church
    6025 Belcher Oil City Rd Belcher 71004....................378-4380
Lakeshore Bodies 3940 Lakeshore Dr Shrvprt 71109......779-0282
Lakeshore Inn 2401 Lakeshore Dr Shrvprt 71103..........221-0638
Lakeshore Liquor Beer And Wine
    2700 Lakeshore Dr Shrvprt 71109...........................675-0307
Lakeshore Small Loan Service Inc
    2601 Lakeshore Dr Shrvprt 71103...........................227-8045
Lakeshore Tires 3335 Lakeshore Dr Shrvprt 71109........670-8672
Lakeside Baptist Church
    722 Elvis Presley Av Shrvprt 71101.........................222-8747
Lakeside Construction........................................426-8211

Lane Insurance Services Inc.................................429-0289
Lane Mays Plumbing 3920 Wells St Shrvprt 71109.........317-4456
Lane's Exteriors...............................................560-5818
Lane's Seamless Gutters Bntn..............................489-5093
La Networks 3707 Greenwood Rd Shrvprt 71109............946-8852
La New Product Development Team
    9228 Linwood Ave Shrvprt 71109............................562-6097
Langford Brian T 4415 Thornhill Av 71106..................861-1111
Langiulli Michael MD facc
    2313 E Commons s Industrial Ct Ruston....................752-2328
Langley Parks Horton & Maxwell PLLC
    401 Market St Shrvprt 71101.................................383-6422
Langlois Kevin MD
    2551 Greenwood Industrial Rd Shrvprt 71109.............212-8159
Lang's Photography...........................................458-5669
Lanspring Community Outreach
    701 Carolina St Mndn 71055.................................639-5018
Lanzillotti David LPC 2285 Benton Rd Bssr Cty 71111....549-9300
La Outlaws 3318 N Market St Shrvprt 71107.................221-0778
Lap Of Luxury Llc 3100 Knight St Shrvprt 71105............629-7777
Lapis Enterprises 6105 Line Av Shrvprt 71109..............869-8954
Lapresco Printing 409 Watts Rd Shrvprt 71106.............686-6008
La Quinta Inn & Suites 6700 Financial Cir Shrvprt 71129....671-1100
La Quinta Inn 309 Preston Blvd Bssr Cty 71111.............747-4400
La Rain Professionals.........................................470-8728
La Ranchera 3310 Youree Dr Shrvprt 71105.................219-7711
La Ranchera Meat Market
    1500 Youree Dr Shrvprt 71101................................227-4071
La Ranchera Meat Market
    1500 Youree Dr Shrvprt 71101................................606-452
Larkin Development Corp

419 Prospect St Shrvprt 71104
Lawnmasters 601 Mount Zion
Lawnmower Shop 212 New
Lawrence Elizabeth A 279
Lawrence Group LLC The
Lawrence H Lyn Jr atty 39
Layman Temple C M E Chu
    648 Detroit St Bssr Cty 71111
La Yucateca 2565 E Texas St Bs
La-Z-Boy Furniture Galler
    1544 E 70th St Shrvprt 71105
Lazarus Trading Co LLC 382
Lazer's Edge LLC 2168 Airline
Led by Design 3950 Youree Dr
LLC 2800 Youree Dr Shrvprt 71
Hall Properties 510 Comm
Leaffilter North LLC 4341 Mar
Leaping Lizards Entertainm
    318 Jamerson Rd Hghtn 71037
Leaping Lizards Entertainm
    223 Whitehall Dr Bssr Cty 71112
Learn American English
    214 Humingbird Rd Stnwll 71078
Learning Ladder Academy
    702 Catherine St Shrvprt 71109
Learning Ladder Academy
    702 Catherine St Shrvprt 71109
Learning RX 8856 Youree Dr Shrvp
Leaves Of Life 6056 Greenwood R
Leblanc Donald H Jr CPA 333
Leblanc Eric DDS 2295 Bant

---

*"Lake Community Development Corporation"* is not listed in telephone books, but *'Lake Life Development'* which is not a registered business has a years 2023-2024 telephone listing on page 46.

**U.S. Department of Housing and Urban Development**

**Archives**

# The Faith Builders of Lake Village

In June, 2005, the City of Shreveport began a creative and ambitious undertaking. Seeking to address the shortage of community and faith-based organizations with capacity for affordable housing development, they developed an integrated approach to build the capacity of faith-based organizations to work in housing and community development. They christened it *Faith Builders*, a program designed to train an experienced cadre of faith-based non-profit developers to engage in affordable housing development and neighborhood revitalization in the communities they serve.



This intensive, comprehensive housing and community development certification program provided 48 hours of classroom instruction and 12 field hours of hands-on project development, in total a sixteen week commitment. Originally planned for two representatives from 16 faith-based organizations, total enrollment was increased to 22 FBO's and 44 participants due to keen interest and an overwhelming response.



The Institute�s workshop presentations and laboratory experiences were based on a collaborative instructional approach. While instructors were encouraged to present theory and principles in traditional lecture and multimedia modes, everyday participant experience was accorded equivalent value. To the maximum extent possible, each instructional team included a local practitioner who could provide practical insight.

One of the first organizations to apply was Lake Bethlehem Baptist Church in the Martin Luther King, Jr. neighborhood in north Shreveport. Led by Pastor Dennis Everett, they were already active in the community and seeking ways to improve the lives of church members and neighbors alike. Safe, decent, affordable housing was scarce, and they dreamed of building homes that families could afford. Enrolled in the city�s first Faith Builders class, they were one of the first graduates of the program.

Using the skills they learned in Module 1, �Developing Organizational Capacity�, they formed a separate nonprofit, The Lake Community Development Corporation. As executive director, they named Pittre Walker, a church member and the Homeless Education Coordinator for the local school district�s Homeless Children�s program. Steadily they worked to build administrative capacity. Before long, the young nonprofit received their 501 (C) (3) status. They acquired land near the church and began to plan for their first housing development for low income families.

In the fall of 2005, something happened to make them look beyond their own neighborhood. Hurricanes Katrina and Rita sent Louisiana Gulf Coast residents scrambling to north Louisiana for safety. By the end of 2006, many found themselves still unable to return home. Some had become homeless or were living in substandard housing. Pastor Everett and his flock came to a benevolent decision. The first houses built by The Lake CDC would be built for hurricane evacuees.

The City of Shreveport awarded The Lake CDC $400,000 in HOME funds for infrastructure and construction costs. The local chapter of the United Way contributed $100,000 toward the project. The Community Foundation of Shreveport-Bossier gave a $60,000 grant. Lake Village became a reality as four modular homes took shape, complete with walkways, driveways and lawns.

On a February day in 2008, The Lake Village Housing Project� dedicated the four houses with its partners and first residents, Kojo Livingston and his family. March 15, three more families moved into the new three bedroom, two bath homes. One family moved to Lake Village from a homeless shelter for families with children. The four families will have a rent-to-own opportunity that will initially cost about $600 a month for 18 months. They will then have enough equity to purchase the homes at a price below the cost of construction.

Joe Pierce, executive director of United Way of Northwest Louisiana, cited housing data to demonstrate the need for the project. �Seventy percent of inner-city housing is substandard,� he said, �and the majority of the units are rentals.� Pooling resources with other organizations to find housing solutions just makes sense. "No one of us could have done this by ourselves," Pierce said.

As city officials and Lake CDC partners cut ribbons and took pictures, Bonnie Moore, director of Community Development for the City of Shreveport looked on smiling. "There is a tremendous need for affordable housing development," she said. "We have to stop looking at our communities as liabilities and start looking at them as opportunities."

The new houses are but the first of many planned for this large expanse of land owned by this faith-based developer. The Lake CDC has indeed become a �Faith Builder� the City hoped for in its faith-based initiative three years ago.

Content Archived: July 18, 2011

| | |
|---|---|
| Subject | **Payment Alert - CenterPoint Energy** |
| From | noreply@centerpointenergy.com <center_point_energy@tmr3.com> |
| To | |
| Date | 15.12.2016 09:13 |



**Contact Us**



## Customer Notification: Payment Alert

December 15, 2016

RE:                  Payment Alert
Account:         6649227-3
Service address:    1068 DALZELL ST
                             SHREVEPORT, LA 71104-2050

Hello LAKE BETHLEHEM BAPTIST CHURCH,

This is your CenterPoint Energy natural gas bill Payment Alert. Your payment of $52.00 was due on 12/13/2016 for account 6649227-3. If your payment has been sent or scheduled, thank you.

To make a payment now, choose from the following convenient options:

- Sign in or register at MyAccount.CenterPointEnergy.com to schedule a payment or set up recurring payments with AutoPay
- Pay as a guest
- Make a payment by telephone 866-275-5252
- Find an authorized Payment Center

**NOTE:** Payment alerts arrive 5 days before payment is due. To update or delete your alerts, sign in to My Account and click on Manage Communication Preferences in the Billing & Payment section.

Thanks for your business.

Your CenterPoint Energy customer service team

866-275-5252
www.CenterPointEnergy.com

1

CFR 92.252 (up to date as of 2/04/2026)
alification as affordable housing: Rental housing.

24 CFR 92.252(a)(2)(i)

(i) The rent does not exceed 30 percent of the annual income of a family whose income equals 50 percent of the median income for the area, as determined by HUD. If the rent determined under this paragraph is higher than the fair market rent under paragraph (a)(1)(i) of this section, then the maximum rent for units under this paragraph is the fair market rent under paragraph (a)(1)(i);

(ii) The rent contribution of the family is not more than 30 percent of the family's adjusted income; or

(iii) The unit is a LIHTC unit and has rents not greater than the gross rent for rent-restricted residential units as determined under 26 U.S.C. 42(g)(2).

(3) *HOME rent limits for SRO projects.*

(i) For SRO units that have both sanitary and food preparation facilities, the rent limit is the zero-bedroom fair market rent as established by HUD under 24 CFR part 888. The project must meet the requirements of paragraphs (a)(1) and (2) of this section.

(ii) For SRO units that have no sanitary or food preparation facilities or only one of the two, the rent limit is 75 percent of the zero-bedroom fair market rent as established by HUD under 24 CFR part 888. The project must be occupied by very low-income tenants.

(b) *Utility allowances.* The participating jurisdiction must establish maximum monthly allowances for utilities and services (excluding telephone, cable, and broadband) and update the allowances annually. The participating jurisdiction may determine the utility allowance for the project based on the type of utilities and services paid by the tenant, including any energy efficiency measures. The participating jurisdiction may use any of the following for its maximum monthly allowances: the HUD Utility Schedule Model, the utility allowance established by the applicable local public housing authority, or another method approved by HUD.

(c) *Review and approval of rents.* The participating jurisdiction must review and approve rents proposed by the owner for units, subject to the rent limits in paragraph (a) of this section. For all units subject to the rent limits in paragraph (a) for which the tenant is paying utilities and services, the participating jurisdiction must require that the rents do not exceed the rent limits in paragraph (a) minus the monthly allowances for utilities and services in paragraph (b) of this section.

(d) *Period of affordability.* The HOME-assisted units must meet requirements under this part for the applicable period specified in the table in this paragraph (d), beginning from project completion.

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

Search Disclaimer    Search Instructions

* indicates required fields

**Active records are shown in Bold.**

Total Results: 31

| Name | Type | City | Detail |
|---|---|---|---|
| THE HOUSING AUTHORITY, LLC | Limited Liability Company (Non-Louisiana) | ROSWELL | Details |
| THE HOUSING AUTHORITY OF THE CITY OF ALEXANDRIA | Non-Profit Corporation | ALEXANDRIA | Details |
| HOUSING AUTHORITY OF THE CITY OF LAKE CHARLES, LOUISIANA, A PUBLIC BODY CORPORATE AND POLITIC AKA LAKE CHARLES HOUSING AUTHORITY | Service Mark | LAKE CHARLES | Details |
| THE HOUSING AUTHORITY OF NEW ORLEANS FAMILY SELF SUFFICIENCY PROGRAM COORDINATING COMMITTEE INC. | Non-Profit Corporation | NEW ORLEANS | Details |
| HOUSING AUTHORITY OF NEW ORLEANS RESIDENT LOAN CORPORATION | Non-Profit Corporation | NEW ORLEANS | Details |
| HOUSING AUTHORITY OF PONCHATOULA | Non-Profit Corporation | PONCHATOULA | Details |
| HOUSING AUTHORITY OF ST CHARLES RESIDENT ADVISOR BOARD | Non-Profit Corporation | BOUTTE | Details |
| HOUSING AUTHORITY OF THE TOWN OF HOMER, LA | Non-Profit Corporation | HOMER | Details |
| ARK HOUSING AUTHORITY, INC. | Business Corporation | SHREVEPORT | Details |
| ARK HOUSING AUTHORITY, LL.C. | Limited Liability Company | SHREVEPORT | Details |
| BERWICK HOUSING AUTHORITY RESIDENT COUNCIL | Non-Profit Corporation | BERWICK | Details |
| BETA XI CHAPTER OF PHI KAPPA SIGMA HOUSING AUTHORITY, INC. | Non-Profit Corporation | NEW ORLEANS | Details |
| BOGALUSA HOUSING AUTHORITY CITY WIDE RESIDENT COUNCIL, INC. | Non-Profit Corporation | BOGALUSA | Details |
| EAST BATON ROUGE HOUSING AUTHORITY RESIDENTS COUNCIL, INC. | Non-Profit Corporation | BATON ROUGE | Details |
| EBRF HOUSING AUTHORITY HOLDINGS, INC. | Non-Profit Corporation | BATON ROUGE | Details |
| FELICIANA HOUSING AUTHORITY | Trade Name | ETHEL | Details |
| HANO & LOGO: HANO WITH A FLEUR DE LIS IN THE "O" OF "HANO" AND THE WORDS "HOUSING AUTHORITY OF NEW ORLEANS" WRITTEN UNDERNEATH. | Trade Name | NEW ORLEANS | Details |
| HILLCREST HOUSING AUTHORITY LLC | Limited Liability Company | LAKE CHARLES | Details |
| HOMER HOUSING AUTHORITY RESIDENT COUNCIL | Non-Profit Corporation | HOMER | Details |
| KENNER HOUSING AUTHORITY RESIDENT ASSOCIATION | Non-Profit Corporation | KENNER | Details |
| KENNER HOUSING AUTHORITY RESIDENT ASSOCIATION CORPORATION | Previous Name | KENNER | Details |
| LAFAYETTE HOUSING AUTHORITY AREA RESIDENT COUNCIL LLC | Limited Liability Company | LAFAYETTE | Details |
| LAFAYETTE HOUSING AUTHORITY RESIDENT ADVISORY BOARD | Non-Profit Corporation | LAFAYETTE | Details |
| LOUISIANA HOUSING AUTHORITY | Trade Name | NEW ORLEANS | Details |
| LOUISIANA HOUSING & FINANCE AUTHORITY, LLC | Limited Liability Company | DENHAM SPRINGS | Details |

1 2

New Search    View Shopping Cart

---

**Active records are shown in Bold.**

Total Results: 31

| Name | Type | City | Detail |
|---|---|---|---|
| MINDEN HOUSING AUTHORITY DEVELOPMENT COMPANY, LLC | Limited Liability Company | MINDEN | Details |
| OPELOUSAS HOUSING AUTHORITY TENANT INVOLVEMENT COMMITTEE | Previous Name | OPELOUSAS | Details |
| RAYVILLE HOUSING AUTHORITY RESIDENT COUNCIL, INC. | Non-Profit Corporation | RAYVILLE | Details |
| RESIDENT COUNCIL OF LAKE PROVIDENCE HOUSING AUTHORITY, INC. | Non-Profit Corporation | LAKE PROVIDENCE | Details |
| THE SHREVEPORT ALUMNAE CHAPTER, HOUSING AUTHORITY, DELTA SIGMA THETA SORORITY, INCORPORATED | Non-Profit Corporation | SHREVEPORT | Details |
| WESTWEGO HOUSING AUTHORITY RESIDENTS COUNCIL | Non-Profit Corporation | WESTWEGO | Details |

1 2

New Search    View Shopping Cart

GET HELP

© 2022 Louisiana Department of State

◆ AI Overview                                                                    ⋮

Based on the information provided and standard HUD/HOME program calculations, here is how the rent payment is calculated for a disabled individual with a gross monthly income of $925. 🔗

**The core rule is that the tenant's share (rent + utility allowance) generally equals 30% of their adjusted monthly income.** 🔗

## 1. Calculate Adjusted Monthly Income 🔗

- **Gross Monthly Income:** $925
- **Disabled/Elderly Deduction:** HUD typically allows a flat $400 deduction for households where the head or spouse is disabled or over 62.
- **Annual Income:** $925 × 12 = $11,100
- **Annual Adjusted Income:** $11,100 - $400 (disability deduction) = $10,700
- **Monthly Adjusted Income:** $10,700 / 12 = **$891.67** 🔗

## 2. Calculate Total Tenant Payment (TTP)

- **TTP Formula:** 30% of Adjusted Monthly Income (0.30 × $891.67).
- **Total Tenant Payment (Rent + Utilities):** $267.50 🔗

## 3. Calculate Final Rent Payment (Fixed Unit)

The final rent paid to the landlord depends on the **Utility Allowance** (the estimated cost of utilities paid by the tenant, not included in rent). 🔗

- **Scenario A: Utilities Included in Rent**
  - Tenant pays: **$267.50** (TTP)
- **Scenario B: Utilities NOT Included in Rent (e.g., $100 allowance)**
  - $267.50 (TTP) - $100 (Allowance) = **$167.50** (Tenant rent to owner). 🔗

*If the Utility Allowance is higher than the TTP, the tenant may receive a utility reimbursement check.* 🔗

## Summary Table ($925/month Income)

| Item 🔗 | Amount | Note |
|---|---|---|
| Gross Income | $925.00 | Monthly |
| Adjusted Income | $891.67 | After $400 deduction |
| Total Rent+Util (30%) | $267.50 | Max required payment |
| Utility Allowance | Varies | Provided by PHA/Owner |

T

he samples below are money orders, and cash payment rent receipts that the Plaintiffs were instructed to pay to different entities: Lake Bethlehem Baptist Church (LBBC),  Lake Life, reverend Everett, and Lake Community Development Corporation (LCDC).  Further, although the Plaintiffs attended LBBC, for approximately four years, the Plaintiffs did not know who or what was LCDC, nor its location, nor did the Plaintiffs know about LCDC supposedly the landlord for the HUD HOME Investment Program fixed-unit manufactured houses situated on LBBC land.   Also, <u>as Louisiana Secretary of State records show,</u> LCDC frequently has not been in good standing; its charter has been revoked and later reinstated; and its tax exempt status is revoked by the IRS.  Even so, as far back as year 2005, highly questionable contracts, funding, and real estate transfers have been, and continue to be routed to alter ego, LCDC despite LCDC's shameless deceptive business practices, unlawful social services operations, and its mysterious ties Caddo Parish school and Department of Education programs, as well as HUD.  Further, the city awards HOME program funding without property inspection and in spite of LBBC / LCDC deplorable rental properties as pictures below show.





SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: *Lake Life Development*
Address: *2842 MLK Drive*
*Shreveport, LA 71107*

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18392898824

Year, Month, Day: 2011-02-07    Post Office: 711052    Amount: $300.00    Clerk: 0012

---

## CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: *Lake Community*

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17896453211

Year, Month, Day: 2010-02-04    Post Office: 711052    Amount: $300.00    Clerk: 000

---

## CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: *Lake Bethlehem BC*
Address: *2842 Martin Luther King Dr*
*2010, June 18        400.00*

KEEP THIS RECEIPT IN YOUR RECORDS

Serial Number: 18313842262

Year, Month, Day: 2010-06-18    Post Office: 711052    Amount: $400.00    Clerk: 000

---

## CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: *Lake Life Development*
Address: *2842 MLK Drive*
*Shreveport, LA 71107*

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 18392898824

Year, Month, Day: 2011-02-07    Post Office: 711052    Amount: $300.00    Clerk: 00

---

## CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: *April 2011 Rent*
*Lake Bethlehem BC*

KEEP RECEIPT YOUR

Serial Number: 18622297135

Year, Month, Day: 2011-04-08    Post Office: 711011    Amount: $300.00

---

## CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: *May Rent 2011*

KEEP RECEIPT YOUR RE

Serial Number: 18841053093

Year, Month, Day: 2011-05-03    Post Office: 711011    Amount: $300.00



C 3797                    ACT OF DONATION    09/19/2005 01:35 PM

M 4155

STATE OF LOUISIANA

K. B. LEBLANC
DEPUTY CLERK

PARISH OF CADDO

BE IT KNOWN, That this day before me, the undersigned authority, Notary Public in and for the said Parish/County and State, duly commissioned and sworn, came and appeared:

Elizabeth Tuite Neal, widow, resident of Caddo Parish, Louisiana

hereinafter sometimes referred to as DONOR";

AND

The Lake Community Development Corporation, a non profit corporation domiciled in Caddo Parish, Louisiana, organized under the laws of Louisiana, whose mailing address is 2842 Martin Luther King Drive, Shreveport, LA 71107 represented herein by Dennis R. Everett, duly authorized

appearing herein to accept donation, hereinafter sometimes referred to as "DONEE",

who declared she does by these presents, DONATE her interest in the following described property:

Lot 5 and the East 35 feet of Lot 4, Block 5, TUXEDO PARK SUBDIVISION, a subdivision of the City of Shreveport, Caddo Parish, Louisiana, as per plat thereof recorded in Book 17, pages 30 and 31 of the Records of Caddo Parish, Louisiana, together with all buildings and improvements thereon, municipally known as 1068 Dalzell, Shreveport, LA

Subject to all restrictions, right-of-way grants and servitudes of public record.

This donation is made for the Christian and social work done by the Donee.

TO HAVE AND TO HOLD said described property unto said donee, its heirs and assigns forever.

THUS DONE AND PASSED, before me, Notary, and the undersigned competent witnesses, on this the _____ day of September, 2005

ATTEST:

_Pittie Walker_
_Pitie Walker_

_Jo Ann Rossi_
Jo Ann Rossi

_Elizabeth Tuite Neal_
Elizabeth Tuite Neal

_____
The Lake Community Development Corporation
By _____
Dennis R. Everett

Proposal

: City of Shreveport has been issued an application package for the Louisiana Emergenc utions Grants Program (ESGP) administered by the Louisiana Housing Corporation "LHC" iding available under the Emergency Solutions Grants Program can be used for the followin poses:  the rehabilitation or conversion of buildings for use as emergency shelters for th neless; the payment of certain expenses related to operating emergency shelters; essentia vices related to emergency shelters and street outreach for the homeless; and, homelessnes vention and rapid re-housing assistance.

plicants for grants under the State ESG Program are limited to units of local governmer ich may distribute all or part of their amounts to private nonprofit organizations for use i rible program activities. Nonprofit organizations interested in developing a project propos: possible inclusion in an ESGP funding application under consideration by the City c eveport may request a copy of the proposal materials by contacting the Department c mmunity Development, 401 Texas Street, beginning August 25, 2014.  The proposal will als available on the City of Shreveport's website, Department of Community Development a ows:  www.shreveportla.gov.  The proposal will be listed under the heading 2014 Louisiar ergency Solutions Grants Program.

qualify for funding participation, projects/organizations are required to be apart of meless Management Information System (HMIS). Participants must provide matching fund :luding in-kind contributions) equal to the amount allowed.  No funding obligations shall b :lied based on the information in this solicitation of offers.  The City of Shreveport reserve right to accept any proposal deemed to be in its best interest. The deadline for receipt of a ginal and three copies of this proposal is 5:00 p.m., Monday, September 09, 2014 to th intion of Ms. Bonnie Moore, Director, City of Shreveport, Department of Communit velopment, 401 Texas Street, (physical address) or Post Office Box 31109, Shreveport, L: 30 (mailing address).  Applications may not be sent by facsimile (FAX) or by electronic ma

The City of Shreveport, Department of Community Development, and the Shreveport Workforce Investment Board (WIB) are soliciting proposals for youth activities to be funded under Title I of the Workforce Investment Act (WIA) for program years 2012 and 2013 (July 1, 2012, through June 30, 2014). The City of Shreveport will retain administrative, intake, monitoring and participant payroll functions for the WIA programs.  This RFP is to solicit proposals for youth services only.

The summer employment opportunities program is a component of the Year Round Youth Program and must be directly linked to academic and occupational learning. The summer component will begin each June and end each July during the contract period.

These youth services are designed to meet the needs of the economically disadvantaged youth, ages 14 to 21 residing within the City of Shreveport, Louisiana. All eligibility determinations and selections for enrollment will be the decision of the Department of Community Development, the administrative entity for the Grant Recipient. The program activities will be administered through the Workforce Development Bureau and its contracted Service Providers. Verbal agreements or instructions from any source are not authorized or binding on the City of Shreveport Department of Community Development.

Proposals funded under this solicitation must be primarily geared toward the benefit of the WIA participants to be enrolled. Programs should be aimed at ensuring that economically disadvantaged youth in-school and out of school have the opportunity and support needed to become productive members of the workforce and achieve economic self-sufficiency. Benefits to the community or other agencies should be secondary to that of the participants.

We reserve the right to award contracts to successful bidders based on satisfactory performance and availability of funds. Only programmatic activities will be considered for funding.

Case 5:13-cv-02247-SMH-MLH   Document 45-1   Filed 09/09/14   Page 9 of 9 PageID #: 343

# 2007 ANNUAL OPERATING BUDGET

## COMMUNITY DEVELOPMENT

**DIRECTOR**
Bonnie Moore

**BUDGET COORDINATOR**
Hettie K. Hobdy

### DEPARTMENT OVERVIEW

The Department of Community Development administers a wide range of programs designed to assist lower-income persons and their neighborhoods. Many of these are funded through the U.S. Department of Housing and Urban Development (HUD), including the Community Development Block Grant (CDBG), HOME Investment Partnerships Program (HOME), and Emergency Shelter Grant Programs (ESG). These support residents and community organizations through capital improvement projects, public services, housing and economic development. Funds are also received from the Department of Labor for the Workforce Investment Act (WIA) and the LaJET program for job training and placement.

The Department is responsible for several city-funded initiatives. These include the Restoration Tax Abatement program, a state tax incentive program created for municipalities and local governments to encourage the expansion, restoration, improvement, and development of existing structures in Downtown Development Districts, or Historic Districts. The Enterprise Zone Program is designed to stimulate business and industrial growth in depressed areas of the state which are designated as enterprise zones by providing tax incentives for new jobs created in these areas and by providing assistance to business and industries. The Department also implements code enforcement activities which enforces care of premises, weed abatement, inoperable vehicles, and demolition and securing. Departmental funds are implemented and administered by four bureaus: Administration, Housing and Business Development, Workforce Development, and Codes Enforcement. The following is a summary of the regulatory requirements under the federally-funded programs.

Community Development Block Grant (CDBG) Program is authorized under Title I of the Housing and Community Development Act of 1974, as amended. These funds are administered by the Department of Housing and Urban Development (HUD). The program is implemented under Section 24 of the Code of Federal regulations, Part 570. The primary objective of this program is the development of viable urban communities. Under CDBG each activity funded must meet one of the three national objectives: benefit to low and moderate income persons, aid in the prevention or elimination of slums or blight, and/or meet community development needs having a particular urgency.

The HOME Investment Partnerships (HOME) Program was created by the National Affordable Housing Act of 1990 (NAHA). These funds are administered by HUD. The program is implemented under Section 24 Code of Federal Regulations, Part 92. The intent of this program is to: provide decent, safe, sanitary, and affordable housing to lower income households, expand the capacity of nonprofit housing providers, strengthen the ability of state and local governments to provide housing, and leverage private-sector participation.

Emergency Shelter Grants (ESG) Program is contained in subtitle B of title IV of the Stewart B. McKinney Homeless Assistance Act. These funds are administered by HUD and the State of Louisiana. The program is implemented under Section 24 of the Code of Federal Regulations, Part 576. The ESG Program is designed to be the first step in a continuum of assistance to enable homeless individuals and families to move toward independent living as well as to prevent homelessness.

The Workforce Investment Act offers a comprehensive range of workforce development activities through statewide and local organizations. Available workforce development activities provided in local communities can benefit job seekers, laid off workers, youth, incumbent workers, new entrants to the workforce, veterans, persons with disabilities, and employers.

CITY OF SHREVEPORT

297
15-30626.353

89



2112 Rio Grande Street
Austin, Texas 78705
ciceroinstitute.org

# What is the Continuum of Care Program?

Nationwide, more than 400 regional planning organizations oversee the dispersal of federal homelessness funding to service providers for data collection, housing, and homelessness intervention strategies.[7] These organizations, called Continuums of Care (CoC), are not government entities, nor is their leadership accountable to the public. Instead, they are private umbrella organizations composed of nonprofit service providers, local housing or public health agencies, and other relevant stakeholders.

Communities began forming CoCs in earnest following a 2009 change to HUD policy, which prioritized funding to the communities in which they existed. In order to remain competitive for federal support, local leaders were forced to adopt this regional planning and coordination regime.[8] These newly formed CoCs would represent an entire community's application for funding, using what is now called a collaborative application.[9] Homeless service providers apply for federal funding through the CoCs, rather than individually, which was initially seen as a more direct funding process.

But the CoCs have become major obstacles for local, state, and regional policymakers looking to reform homelessness programs. Because so much power and financial resources are vested in these organizations that are often outside the direct control of elected officials, the CoC program is largely immune to state-level policy changes.

# Structural Problems of the Continuum of Care Program

The U.S. Department of Housing and Urban Development was wrong to outsource so much decision-making about homelessness policy and strategy to CoCs, and it has led to four major problems. First, CoCs are unaccountable to voters; second, the collaborative application process led by CoCs create perverse incentives for organizations to act in their self-interest rather than the interests of the public; third, CoCs often give disproportionate voice to activists rather than the public; and finally, CoCs thwart cooperation with state policymakers.

## Unaccountability

The governing boards of CoCs are unelected by the public and often consist of members of nonprofit organizations representing private interests.[10] Even when CoCs include government officials, they typically represent municipal and county housing agencies and are outnumbered by non-profit representatives.

When the public seeks new approaches that reflect their values and priorities on homelessness, they ought to have a voice—and an avenue to share it. And if the public cannot vote directly, they should be able to vote for the people who appoint those who lead a community's homelessness policies and make decisions about the utilization of public money. But the structure of a CoC is fundamentally antidemocratic, empowering coalitions of private organizations instead of elected officials.

The lack of proper oversight and accountability of CoCs has led to audits and investigations in states across the country. Lawmakers are taking appropriate action by reviewing homelessness budgets, the performance of service providers, and the impacts of homeless interventions at the local and state levels[28-31]

# Policy Solution: Consolidation

More than 400 unelected and unaccountable CoCs located in communities across the country are responsible for more than $3 billion in federal homelessness assistance funding each year. The non-governmental homeless organizations and government agencies funded by the CoC Program have grown fat on taxpayer funding with little discernible impact on the number of homeless people. The insular structure and lack of positive incentives have created a system focused on its own sustainability rather than reducing homelessness.

Development. Link: https://www.huduser.gov/portal/sites/default/files/pdf/2024-AHAR-Part-1.pdf

2. National Low Income Housing Coalition. 2024. "Arizona Voters Approve Harmful Proposition 312: Implications for Local Homeless Efforts." Link: https://nlihc.org/resource/arizona-voters-approve-harmful-proposition-312-implications-local-homelessness-efforts

3. Mihalovich, Cayla. 2025. "People are getting arrested under California's new tough-on-crime law. Some counties aren't ready." Cal Matters. Link: https://calmatters.org/justice/2025/02/prop-36-arrests-treatment/

4. Proposition B and Homeless in Austin. City of Austin, Texas. Link: https://www.austintexas.gov/propb-homeless

5. Buhajla, Stefani. 2024. "2024 National Public Safety and Homelessness Poll," The Cicero Institute. Link: https://ciceroinstitute.org/research/2024-national-public-safety-and-homelessness-poll/

6. Housing Not Handcuffs. 2025. "Emergent Threats: State-level Homelessness Criminalization." Link: https://housingnothandcuffs.org/emergent-threats-homelessness-criminalization/

7. HUD Exchange. "CoC Program Toolkit." Link: https://www.hudexchange.info/programs/coc/toolkit/introduction-to-the-coc-program/#overview-of-the-coc-program

8. Ibid.

9. Ibid.

10. Ibid.

11. Ibid.

12. Ibid.

13. Ibid.

14. Kasakove, Sophie. 2024. "Louisiana's Auditor, Homeless Services Group in Legal Feud," NOLA. Link: https://www.nola.com/news/politics/louisiana-homeless-lawsuit/article_dbd7fefe-a201-11ef-9a0c-33fb5b52abc7.html

22. Ibid.

23. Gerda, Nick. 2025. "Searing audit finds city of LA has failed to properly track billions in homelessness spending," LAist. Link: https://laist.com/news/housing-homelessness/audit-homeless-carter-lahsa

24. Smith, Doug and David Zahniser. 2025. "Los Angeles Homeless Chief to Resign After County Guts Her Agency," Los Angeles Times. Link: https://www.latimes.com/california/story/2025-04-04/los-angeles-homeless-chief-to-resign-after-the-county-guts-her-agency

25. Strauber, Jocelyn. 2024. "DOI EXAMINATION FINDS COMPLIANCE AND GOVERNANCE RISKS AT 51 CITY-FUNDED NONPROFITS THAT OPERATE NYC HOMELESS SHELTERS AND FLAWED CITY OVERSIGHT OF DHS-FUNDED PROVIDERS," City of New York Department of Investigation. Link: https://www.nyc.gov/assets/doi/press-releases/2024/October/39DHSRptRelease10.17.2024.pdf

26. Perry, Lindsey. 2024. "Arizona Department of Housing—Performance Audit," Arizona Auditor General. Link: https://www.azauditor.gov/sites/default/files/2024-10/24-113_Report.pdf

27. Wolf, Tom. 2025. "Nonprofit corruption in San Francisco can be fixed with caps on service contracts," The Voice. Link: https://thevoicesf.org/nonprofit-corruption-in-san-francisco-can-be-fixed-with-caps-on-service-contracts/

28. McCarthy, Pat. 2022. "Contracted Homeless Services: Performance Audit," Office of the Washington State Auditor. Link: https://sao.wa.gov/sites/default/files/audit_reports/PA_Contracted_Homeless_Services_ar-1031310.pdf

29. Waguespack, Michael. 2025. "Homeless Initiatives in New Orleans Performance Audit Services," Louisiana Legislative Auditor. Link: https://app2.lla.state.la.us/publicreports.nsf/0/677b018e3b7fbcc486258c53005b17a3/$file/0000707b.pdf?openelement&.7773098

30. Perry, Lindsey. 2024. "Arizona Department of Housing—Performance

## Part I: CoC Organizational Structure

| HUD-Defined CoC Name:* | CoC Number* |
|---|---|
| Shreveport/Bossier/Northwest Louisiana | LA-502 |

*HUD-defined CoC names and numbers are available at: www.hud.gov/offices/adm/grants/fundsaval.cfm. If you do not have a HUD-defined CoC name and number, enter the name of your CoC and HUD will assign you a number.

## A: CoC Lead Organization Chart

| |
|---|
| CoC Lead Organization: HOPE for the Homeless |
| CoC Contact Person: Terri Brock, Executive Director |
| Contact Person's Organization Name: HOPE for the Homeless |
| Street Address: 1002 Texas Avenue |

| City: Shreveport | State: LA | Zip: 71101 |
|---|---|---|

| Phone Number: 318-227-2100, Ext. 21 | Fax Number: 318-227-0035 |
|---|---|
| Email Address: throck@centerpt.org | |

## B: CoC Geography Chart

Using the Geographic Area Guide found on HUD's website at http://www.hud.gov/offices/adm/grants/fundsavail.cfm. List the name and the six-digit geographic code number for every city and/or county participating within your CoC. Because the geography covered by your CoC will affect your pro rata need amount, it is important to be accurate. Leaving out a jurisdiction will reduce your pro rata need amount. For further clarification, please read the guidance in Section III.C.3.e of this NOFA regarding geographically overlapping CoC systems.

| Geographic Area Name | 6-digit Code | Geographic Area Name | 6-digit Code |
|---|---|---|---|
| City of Shreveport | 221650 | Sabine Parish | 229085 |
| City of Bossier City | 220192 | Webster Parish | 229119 |
| Bienville Parish | 229013 | | |
| Bossier Parish | 229015 | | |
| Caddo Parish | 229017 | | |
| Claiborne Parish | 229027 | | |
| De Soto Parish | 229031 | | |
| Natchitoches Parish | 229069 | | |
| Red River Parish | 229081 | | |

**page 6 of this Department of Housing and Urban Development report includes the following:**

* Smitherman Law Firm (Atty. Merrit Chastoin)
* Bowman Systems, LLC
* Community Fundation of Shreveport-Bossier
* Bonnie Moore (City of Shreveport Economic Development Director; HOPE for the Homeless; United Way of North Louisiana, etc.)

Form HUD-40090-1    1

# Report: Shreveport ranks among neediest cities in the U.S.

by: Christa Swanson
Posted: Jan 1, 2024 / 03:29 PM CST
Updated: Jan 11, 2024 / 10:08 AM CST

SHARE

*EDITOR'S NOTE: This article was updated because Wallethub altered its calculations to rank Fresno as the No. 10 neediest city in the U.S. The chart below has been corrected to reflect this correction.*

SHREVEPORT, La. (KTAL/KMSS) – A recent WalletHub report comparing more than 180 cities nationwide showed Shreveport among the top cities struggling to meet the needs of its residents.

The study compared 28 key indicators of economic disadvantage, including poverty rates, food insecurity, homelessness, crime rates, and undereducation.

"When most people hear the word 'needy,' they immediately think about physical needs like food, healthcare, and shelter. Many other factors that can contribute to a city's neediness aren't immediately obvious. Cities also need to address problems like school dropout rates, lack of access to quality internet, overcrowding in housing units, poor mental health, and more," said WalletHub analyst Cassandra Happe.

## THE POVERTY PIMPS' POEM

Let us celebrate the poor,
Let us hawk them door to door.
There's a market for their pain,
Votes and glory and money to gain.
Let us celebrate the poor.
Their ills, their sins, their faulty diction
Flavor our songs and spice our fiction.
Their hopes and struggles and agonies
Get us grants and consulting fees.
Celebrate thugs and clowns,
Give their ignorance all renown.
Celebrate what holds them down,
In our academic gowns.
Let us celebrate the poor!

PDF **Louisiana Services Network Data Consortium Policies and …**

https://unitygno.org/wp-content/uploa

Centerpoint Community Services
2121 Fairfield Avenue, Suite 130
Shreveport, LA 71104
tbrock@centerpt.org Effective Da
February 3, 2010 [i] Louisiana
Services Network Data Consortiu
Policies and Standard Operating
Procedures Table of Contents 1.
Organization and Management o
the LSNDC

86



## State auditor, homeless service groups, battle over what's needed to audit programs

Nov 18, 2024 in News
Source: WBRZ
By: Jordan Ponzio



BATON ROUGE - A case involving homeless service groups in the state and the

dollars going through the organizations.

John Campbell, who is representing the Louisiana Services Network, said after the hearing that the subpoenas go too far.

"These broad subpoenas that they issued, were very broad, and they request information my clients don't even have and they request information that my clients didn't even enter into the system, and they request information that has nothing to do" with what the state needs, Campbell said. "I think it's an extreme overreach of power that the Legislative Auditor does not have."

---

## STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA SERVICES NETWORK DATA CONSORITUM, ET AL

NO.    2024 CW 1248

VERSUS

MICHAEL J. WAGUESPACK, IN HIS CAPACITY AS LOUISIANA LEGISLATIVE AUDITOR AND RODNEY WAYNE SCHAMERHORN

JANUARY 13, 2024

In Re:    Louisiana    Legislative    Auditor's    and    Louisiana Legislative   Audit   Advisory   Council's   Application   for Supervisory   Writs,   applying   for   supervisory   writs, 19th   Judicial   District   Court,   Parish   of   East   Baton Rouge, No. 752676.

BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.

WRIT DENIED.   The Exception of No Cause of Action filed by defendants,   the  Louisiana  Legislative  Auditor,  through  Michael J.  "Mike"  Waguespack,  CPA,  in  his  capacity  as  Legislative Auditor,  and Rodney Wayne Schamerhorn,  in his capacity as Chair of   the   Louisiana   Legislative   Audit   Advisory   Council,   and directed  to  the  First  Amended  Petition  for  Declaratory  Judgment was   rendered   moot   by   the   filing   of   the   Second  Amended  Petition for  Declaratory  Judgment.  See  Smith  v.  Cannon,  43,964  (La.  App. 2d  Cir.  1/28/09),  2  So.3d  1227,  1230,  writ  denied,  2009-0668 (La.  6/19/09),  10  So.3d  734;  Barker  v.  Merrick,  2019-1124  (La. App.  1st  Cir.  12/23/19),  2019  WL  7166787  (unpublished).

MRT
CHH
BDE



LHC.LA.GOV

## Louisiana Emergency Rental Assistance Program

### Required Documentation Checklist

| | DOCUMENT | COMPLETED BY |
|---|---|---|
| **Part 1: Eligibility & Benefits Determination** | | |
| 1. | Program Application | Tenant |
| 2. | Authorization for Release of Information | Tenant |
| 3. | Louisiana Services Network Data Consortium Release of Information | Tenant |
| 4. | Annual Income Self Certification | Tenant |
| 5. | Disclosure of Identity of Interest | Tenant |
| 6. | Tenant Acknowledgement Form | Tenant |
| 7. | Lease* | Tenant and Landlord |
| **Part 2: Rental Assistance Confirmation** | | |
| 8. | Rental Assistance Contract | Landlord |
| 9. | Owner's Breach of Rental Assistance Contract | Landlord |
| 10. | HUD HOME Tenant Based Rental Assistance Owner's Certification | Landlord |
| 11. | Duplication of Benefits | Landlord |
| 12. | W9 | Landlord |
| 13. | Direct Deposit | Landlord |
| 14. | Landlord Acknowledgement Form | Landlord |
| 15. | HQS Inspection (Owner's Self Certification or Waiver) | LHC |

**NOTE:** Lease agreement will be provided by Landlord and signed by Tenant.

Landlord Required Documentation Packet | Revised September 26, 2020

3

**WIKIPEDIA**
The Free Encyclopedia

# 211 (telephone number)

211 is a special abbreviated telephone number reserved in the North American Numbering Plan (NANP) as an easy-to-remember three-digit code to reach information and referral services to health, human, and social service organizations.

Like the emergency telephone number 911, 211 is one of the eight N11 codes of the North American Numbering Plan (NANP).

## History

### United States

For many years, New York Telephone (now a unit of Verizon) used 211 as an automated credit request number for disconnected or misdialed calls. This service was in service from the 1970s through the early 2000s.

Before the introduction of direct long-distance dialing, the long-distance operator was reached by dialing 211 for placing a long-distance call. When the states in the US and provinces in Canada were assigned area codes in 1947 by the American Telephone and Telegraph Company (AT&T), direct distance dialing (DDD) using the area code and the local number was introduced starting in 1951, eventually eliminating the use of the prefix. After that, the local telephone providers designated "00" for long-distance operator access.

In 1986, the United Way of San Diego created its INFO LINE in partnership with the County and City of San Diego. The United Way of Metropolitan Atlanta introduced a 211 service in 1997. Many states began implementation plans soon after, aided by the United Way of America in partnership with the Alliance of Information and Referral Systems, or AIRS (renamed Inform USA in July 2023)[1] – AIRS operates as a charitable organization, providing information and referral services for nonprofit and government sectors.[2] On July 20, 2000, the Federal Communications Commission (FCC) approved 211 for nationwide use as a short number in the United States along with 5-1-1 for transportation. In Texas, particularly in the Coastal Bend area, 211 is also the number to call for elderly and disabled people needing evacuation assistance in the event of a pending disaster such as a hurricane. The role of libraries in information and referral including 211 has been considered with a case study in Mississippi.[3]

*The 2-11 system –primarily operated by United Way and Alliance of Information and Referral Systems (both are nonprofit organizations)– is ripe for fraud, exploitation, and discrimination. As documents contained in several federal court cases (and elsewhere) proves, some of us consumers who dialed into the 2-1-1 system became steered to "organizations" that, for decades repetitively utilize our data in furtherance of procuring federal contracts and funds.

**During the year 2005 hurricane disasters, innumerable displaced evacuees were steered to predator social services organizations that are amalgamated with unaccountable United Way NGOs. (Over a hundred United Way organizations operate throughout the USA.) Moreover, pertaining those year 2005 natural disasters, Robert T. Stafford Disaster Relief Act funding was still being awarded, as late as year 2019, to certain insider non-governmental organizations (NGOs). Further, for some of us, our identities are being utilized up to this date, in furtherance of NGO racketeering and fraudulent obtainment of federal funds and contracts.

\bout | Centerpoint Business Services

http://www.centerpt.org/a

# Centerpoint Business Services

ABOUT    CENTERPOINT PROGRAMS    CONTACT    PRIVACY

## About

WELCOME – Since 1987, Centerpoint Community Services has been serving as the source of information & referral for human services including; housing and/or shelter, utility assistance, healthcare/prescriptions, food distribution, and crisis intervention (almost 300 different categories of assistance) in Northwest Louisiana.

If you are in NEED, or know someone who is, you may call Centerpoint who operates the 2-1-1 Information & Referral Center, serving 11 parishes in Northwest Louisiana. Anyone seeking assistance can DIAL 2-1-1 from a land-line telephone and connect to our local 2-1-1 Call Center. You can call from a cellular phone by dialing 2-1-1, and select option #6 to connect to our regional center. It is FREE, and available 24/7! You can now be connected statewide to any of the six 2-1-1 centers serving Louisiana residents using your cellular phone and selecting the region for which you wish to locate a resource or service.

Centerpoint offers specialized services to those persons whose lives are in crisis, experiencing potential loss of their ability to be self-sufficient, facing or experiencing homelessness; as they provide the critical link to resources available in our community that offer HELP, even HOPE. If you don't know who to call when you need HELP, 2-1-1 does!

If you are a public, non-profit, or faith-based human services provider, the database of agencies contained on this site provides free access to public searching for assistance and is maintained by Centerpoint through 2-1-1. Click Here to contact us.

Categories

• My Blog

Recent Posts

• Car Dealership Advocacy Program
• MLK Day
• don't forget
• Welcome

1

Retroactive Reinstatement

2949205101305   1

**Short Form**
**Return of Organization Exempt From Income Tax**

Form **990-EZ**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)
▶ Sponsoring organizations of donor advised funds, organizations that operate one or more hospital facilities, and certain controlling organizations as defined in section 512(b)(13) must file Form 990 (see instructions). All other organizations with gross receipts less than $200,000 and total assets less than $500,000 at the end of the year may use this form.
▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

**2010**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2010 calendar year, or tax year beginning _____, 2010, and ending _____

| | |
|---|---|
| **B** Check if applicable | **C** |
| Address change | Louisiana Services Network Data Consortium |
| Name change | 153 N. 17th Street |
| Initial return | Baton Rouge, LA 70802 |
| Terminated | |
| Amended return | |
| Application pending | |

**D** Employer identification number  45-0576042
**E** Telephone number  318-547-0407
**F** Group Exemption Number ▶

**G** Accounting Method [X] Cash [ ] Accrual Other (specify) ▶ _____
**H** Check ▶ [ ] if the organization is not required to attach Schedule B (Form 990, 990 EZ, or 990-PF)
**I** Website: ▶ http://www.lsndc.org
**J** Tax-exempt status (ck only one) — [X] 501(c)(3) [ ] 501(c) ( ) ◀ (insert no.) [ ] 4947(a)(1) or [ ] 527

**K** Check ▶ [ ] if the organization is not a section 509(a)(3) supporting organization and its gross receipts are normally not more than $50,000. A Form 990-EZ or Form 990 return is not required though Form 990-N (e-postcard) may be required (see instructions). But if the organization chooses to file a return, be sure to file a complete return

**L** Add lines 5b, 6c, and 7b, to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, line 25, column (B) below) are $500,000 or more, file Form 990 instead of Form 990-EZ  ▶ $  126,312.

**Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances** (See the instructions for Part I.)

Check if the organization used Schedule O to respond to any question in this Part I  [X]

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received | 1 | 126,312. |
| 2 | Program service revenue including government fees and contracts | 2 | |
| 3 | Membership dues and assessments | 3 | |
| 4 | Investment income | 4 | |
| 5a | Gross amount from sale of assets other than inventory | 5a | |
| b | Less: cost or other basis and sales expenses | 5b | |
| c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) | 5c | |
| 6 | Gaming and fundraising events | | |
| a | Gross income from gaming (attach Schedule G if greater than $15,000) | 6a | |
| b | Gross income from fundraising events (not including $ ___ of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) | 6b | |
| c | Less: direct expenses from gaming and fundraising events | 6c | |
| d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) | 6d | |
| 7a | Gross sales of inventory, less returns and allowances | 7a | |
| b | Less: cost of goods sold | 7b | |
| c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) | 7c | |
| 8 | Other revenue (describe in Schedule O) | 8 | |
| 9 | Total revenue. Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 | 9 | 126,312. |
| 10 | Grants and similar amounts paid (list in Schedule O) | 10 | |

SS STATUTE UNIT RECEIVED AUG 17 2020 TPR BRANCH OGDEN

---

Form 990-EZ (2010)  Louisiana Services Network                    45-0576042          Page 4

| | | | Yes | No |
|---|---|---|---|---|
| 45 | Is any related organization a controlled entity of the organization within the meaning of section 512(b)(13)? | 45 | | X |
| a | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If 'Yes,' Form 990 and Schedule R may need to be completed instead of Form 990-EZ (see inst.) | 45a | | X |
| 46 | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If 'Yes,' complete Schedule C, Part I | 46 | | X |

**Part VI  Section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts only.** All section 501(c)(3) organizations and section 4947(a)(1) nonexempt charitable trusts must answer questions 47-49b and 52, and complete the tables for lines 50 and 51.

Check if the organization used Schedule O to respond to any question in this Part VI  [ ]

| | | | Yes | No |
|---|---|---|---|---|
| 47 | Did the organization engage in lobbying activities? If 'Yes,' complete Schedule C, Part II | 47 | | X |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If 'Yes,' complete Schedule E | 48 | | X |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? | 49a | | X |
| b | If 'Yes,' was the related organization a section 527 organization? | 49b | | |

50 Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter 'None.'

| (a) Name and address of each employee paid more than $100,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

f Total number of other employees paid over $100,000  ▶

51 Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter 'None.'

| (a) Name and address of each independent contractor paid more than $100,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| Centerpoint Community Services 2121 Fairfield Ave Shreveport, LA 71104 | Network Admin | 126,312. |
| | | |
| | | |

1

G    anticompetitive information sharing, "referral"    ✕    🎤    📷    🔍    ⚙️

All    Images    News    Videos    Short videos    Forums    Shopping    ⋮ More

◆ AI Overview    Learn more  ⋮

Anticompetitive information sharing, including "referrals," can occur when competitors exchange information that facilitates collusion, price fixing, or other anticompetitive practices. This can include information about prices, costs, or other competitively sensitive data. The U.S. Department of Justice Antitrust Division (DOJ) and the Federal Trade Commission (FTC) are increasingly scrutinizing such exchanges, potentially prosecuting them as stand-alone violations of antitrust laws. 🔗

Elaboration:

Anticompetitive Harm:

Information sharing between competitors can facilitate collusion or tacit coordination, potentially leading to higher prices, reduced output, or less innovation. 🔗

*"Presidentially-declared" natural disasters are prime opportunities for NGO cartels engaged in anti-competition tied to federally-funded contract and grants.*

## Louisiana Services Network Data Consortium Release of Information

➡️When you request or receive services from _____ (agency name), we collect information about you and your household and enter it into the computerized Louisiana Services Network Data Consortium (LSNDC) System. This program helps us to better understand homelessness, to improve service delivery to the homeless, and to evaluate the effectiveness of services provided to the homeless. LSNDC System is used by over one hundred social service agencies throughout the state that provide services to homeless and low-income persons. Collectively, data on the homeless population in Louisiana (but not personal identifying information) is used in statewide reports on homelessness.

What information is collected? Depending on your situation, you may be asked for some or all of the following:
- **Basic identifying information** (name, SSN, date of birth, gender, race, marital and family status, household relationships, phone numbers, military veteran status)
- **Housing information** (address, type of housing, homeless status, reason for homelessness)
- **Income information** (sources and amounts of household income, employment information, work skills)
- **Legal history/information** (US Citizenship, immigration status and sponsorship, arrest/conviction/parole records, domestic violence/sexual assault offender)
- **Medical information** (disability and general health status, pregnancy, immunizations, health care provider/ physician, medical problems/allergies, hospitalizations, insurance, HIV/AIDS, Tuberculosis, dental 1yr)
- **Services** needed and provided; outcomes of services provided

➡️NOT very many social services recipients are furnished with LSNDC's supposedly 'heads up' alert. Moreover, it's unlikely for consumers who receive products, goods, and services from marauder Louisiana-based social services Cartels that **operate nationwide** to even know personal the information of every other household member. In addition –**rightly** so– consumers almost never have permission to divulge other peoples' private information! Furthermore, facts and proof show that, *inter alia,* LSNDC is a menacing pyramid nonprofit racketeering enterprise. <<*in my opinion* ·

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

LOUISIANA SERVICES NETWORK
DATA CONSORTIUM, ET AL

VERSUS

MICHAEL J. WAGUESPACK, in his
capacity as the LOUISIANA LEGISLATIVE
AUDITOR, and RODNEY WAYNE
SCHAMERHORN, in his capacity as
CHAIRMAN OF THE LOUISIANA
LEGISLATIVE AUDIT ADVISORY
COUNCIL

\* NUMBER: 752,676
\*
\* SECTION: "22"
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

## SECOND AMENDED MOTION TO QUASH SUBPOENAS DUCES TECUM

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Louisiana Services Network Data Consortium ("LSNDC"), Acadiana Regional Coalition on Homelessness and Housing (("ARCH") Lafayette regional CoC), Central Louisiana Homeless Coalition (("CENLA") Alexandria regional CoC), HOME Coalition (Monroe regional CoC), HOPE Connections (Shreveport regional CoC), Northlake Homeless Coalition (Slidell regional CoC), and UNITY of Greater New Orleans (NOLA/Jefferson CoC) (collectively, "Plaintiffs"), all of whom are private not-for-profit organizations operating in the state of Louisiana. In a Judgment dated December 2, 2024, the Court granted Defendants' Exception of Non-Joinder and ordered Plaintiffs to amend their Motion to Quash Subpoena Duces Tecum (and their Petition for Declaratory Judgment) to name as a defendant the Honorable Legislature of the State of Louisiana, to be served on the Speaker of the Louisiana House of Representatives and the President of the Louisiana Senate. Plaintiffs now submit this Second Amended Motion to Quash Subpoena Duces Tecum to name the Honorable Legislature of the State of Louisiana as an additional defendant herein.

For the reasons set out more fully in the accompanying *Memorandum in Support* attached hereto, Plaintiffs move to quash the Subpoenas *Duces Tecum* issued on or about August 3, 2024 to Plaintiffs herein.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By _____
John Stone Campbell III, Bar # 23674
Peyton T. Gascon, Bar # 40369
P.O. Box 2471
Baton Rouge, LA 70821-2471
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

## LOUISIANA SERVICES NETWORK DATA CONSORTIUM
### AGENCY PARTNER AGREEMENT

This business agreement (hereinafter referred to as "Agreement") is made and entered into by the Regional Lead Agency operating the Louisiana Services Network Data Consortium (hereafter called the "Regional LSNDC Lead Agency"), and _____ (hereafter called the "Participating Agency"), an agency providing housing and/or support services to persons in the state of Louisiana within the Shreveport/Bossier/Northwest CoC Region.

HOPE for the Homeless, the primary coordinating body for Shreveport/Bossier/Northwest CoC, along with Continua of Care throughout Louisiana, has contracted with the Louisiana Services Network Data Consortium, through funding from the U.S. Department of Housing and Urban Development, to provide for the development, implementation, and maintenance of the Louisiana Services Network Data Consortium information system. The Louisiana Services Network Data Consortium uses ServicePoint™, a software application developed by Bowman Systems. Centerpoint Community Services is the ServicePoint™ software license holder for the Regional CoC HMIS Participating Agencies in the Shreveport/Bossier/Northwest CoC Region.

The State HMIS administrating organization, Louisiana Services Network Data Consortium, is a non-profit entity that was developed under the coordinated effort of the nine regional Continua of Care (see addendum) in the State of Louisiana. If a Louisiana Services Network Data Consortium policy conflicts with a regional Continuum of Care policy, the regional Continuum of Care policy will supersede the Louisiana Services Network Data Consortium policy.

The LSNDC uses ServicePoint™, a web based, electronic client information system. ServicePoint™ provides a standardized assessment of consumer needs, creates individualized service plans and records the use of housing and other services which communities can use to determine the utilization of services from participating Agencies, as well as to identify gaps in the local service continuum and develop outcome measurements.

The signature of the authorized representative of the Agency below indicates its agreement with the terms of this Agreement and is a prerequisite of the establishment of a Louisiana Services Network Data Consortium System account for such Partner Agency.

THEREFORE, IT IS AGREED AS FOLLOWS:
1) Activities to be maintained by and expected of the Louisiana Services Network Data Consortium:
   a) Operating Polices. The Louisiana Services Network Data Consortium, in consultation with participating agencies and a Board comprised of provider agency personnel, shall establish guidelines and operating policies that are in compliance with federal regulation, Department of Housing and Urban Development, [Docket No. FR 4848-N-02], Homeless Management Information System (HMIS) Data and Technical Standards. These policies and procedures shall be made available to all participating agencies, and a system of review will be established to ensure ongoing viability and responsiveness of policies to the project's environment.
   b) Network Server. The Louisiana Services Network Data Consortium shall contract with Bowman Systems to operate and maintain the network server, network modems, network software and other network and communications hardware and software installed at Bowman Systems (333 Texas Street, Shreveport, LA 71101) necessary for the proper functioning of the Louisiana Services Network Data Consortium System and any associated network or server-based applications.
   c) Security of Data on File Server. The Louisiana Services Network Data Consortium, the Regional HMIS Lead Agency, and Bowman Systems shall coordinate to ensure that all client data in the LSNDC System remains secure. This shall prohibit access by individuals who are not registered with the Regional LSNDC System Administrator, and therefore, are unauthorized to receive Participating Agency and client data information through any and all means, including the telephone, postal mail, and the computer. All registration and the addition of Participating Agency staff to the Louisiana Services Network Data Consortium System will be handled through the coordination between the State LSNDC System Administrator and the Regional LSNDC System Administrator. The Regional LSNDC System Administrator is responsible for assigning security codes and providing accessibility to the Louisiana Services Network Data Consortium System to only those authorized individuals designated by the Executive Director of the Participating Agency. The Louisiana Services Network data Consortium shall not be held liable for any breach in security related to changes in authorized Participating Agency personnel, if the Participating Agency has not notified the Regional LSNDC System Administrator of said changes within a permissible time period. Notification must be documented through e-mail, or postmarked through postal mail, within one business day of the personnel change.
   d) Back Up of Data on File Server. The State LSNDC Fiscal Agency shall contract with Bowman Systems to provide for the backup of all information housed on the network server. Back up will be made each

AGENCY PARTNER AGREEMENT

Revised 02/2010



Catholic Services of Acadiana is currently the regional administrator of the Homeless Management Information System (HMIS) implementation used to record and share information among service-providers throughout the Acadiana Region and the state. This statewide software solution is an intranet SQL database system that can be accessed anywhere there is internet availability. The statewide system is governed by the Louisiana Services Network Data Consortium (LSNDC) and utilizes the software ServicePoint® which is registered and copyrighted by Bowman Systems out of Shreveport. This database system provides client tracking, funding management, referral capacity, a resource database, and extensive reporting capacity. CSA currently provides training, technical support, and data analysis to over 54 different programs in an eight parish area. CSA continues to expand the system by incorporating other human services, disaster recovery, and coordinated assessment providers, thereby increasing the usefulness of the system as a client database and service management tool.

Service organizations and professionals who are interested in learning more about HMIS and how it can assist in their missions, or who would like to see a demonstration of the system in action are welcome to contact the HMIS office.

HMIS
SUPPORT
405 St. John Street
Lafayette, LA 70501
337.235.4972 ext. 106





ittp://www.catholicservice.org/hmis/

2

(http://www.sos.la.gov/Pages/default.aspx)Search for Louisiana Business Filings

| Buy Certificates and Certified Copies | Print Annual Report for Filing | Subscribe to Electronic Notification | Print Detailed Record |

| Name | | Type | City | Status |
|---|---|---|---|---|
| LOUISIANA SERVICES NETWORK DATA CONSORTIUM | | Non-Profit Corporation | SHREVEPORT | Active |

**Previous Names**

Business:              LOUISIANA SERVICES NETWORK DATA CONSORTIUM

Charter Number:        36680662N

Registration Date:     2/28/2008

**Domicile Address**

2350 LEVY ST

SHREVEPORT, LA 71103

**Mailing Address**

C/O CHRISTA PAZZAGLIA

2350 LEVY STREET

SHREVEPORT, LA 71103

**Status**

Status:                **Active**

Annual Report Status:  Not In Good Standing for failure to file Annual Report

File Date:             2/28/2008.

Last Report Filed:     5/23/2014

Type:                  Non-Profit Corporation

**Registered Agent(s)**

| Agent: | RANDY NICHOLS |
|---|---|
| Address 1: | 153 NORTH 17TH STREET |
| City, State, Zip: | BATON ROUGE, LA 70806 |
| Appointment Date: | 5/23/2014 |

**Officer(s)**                                                          Additional Officers: No

| Officer: | ERIC GAMMONS |
|---|---|
| Title: | President, Director |
| Address 1: | 405 ST. JOHN STREET |
| City, State, Zip: | LAFAYETTE, LA 70501 |
| Officer: | RANDY NICHOLS |
| Title: | Treasurer, Director |
| Address 1: | 153 NORTH 17TH STREET |
| City, State, Zip: | BATON ROUGE, LA 70802 |
| Officer: | CHRISTA PAZZAGLIA |
| Title: | Secretary |
| Address 1: | 762 AUSTEN PLACE |
| City, State, Zip: | SHREVEPORT, LA 71101 |
| Officer: | LAWANNA BROWN |
| Title: | Vice-President |
| Address 1: | 1515 JACKSON STREET |
| City, State, Zip: | MONROE, LA 71202 |

Amendments on File (2)

2

# DAIGREPONT & BRIAN

*A Professional Accounting Corporation*                                                                    *Certified Public A*

To the Board of Directors
Louisiana Services Network Data Consortium

Management is responsible for the accompanying financial statements of Louisiana Services Network Data Consortium (a nonprofit organization), which comprise the statement of financial position - cash basis as of December 31, 2018, and the related statement of activities and changes in net assets - cash basis for the year then ended, and for determining that the cash basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting Services and Review Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the cash basis of accounting, which is a basis of accounting other than accounting principals generally accepted in the United States of America.

Management has elected to omit substantially all the disclosures ordinarily included in the financial statements prepared in accordance with the cash basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Organization's financial position and changes in net assets. Accordingly, the financial statements are not designed for those who are not informed about such matters.

The supplementary information contained in Schedule I is presented for purposes of additional analysis and is not a required part of the basic financial statements. This information is the representation of management. The supplementary information was subject to our compilation engagement, however, we have not audited or reviewed the supplementary information and, accordingly, do not express an opinion, conclusion, nor provide any form of assurance on such supplementary information.

*Daigrepont & Brian apac*

Daigrepont & Brian, APAC
Baton Rouge, Louisiana

February 5, 2019

910 S. Acadian • Baton Rouge, LA 70806 • Ph:(225) 927-3760 • Fax:(225) 927-3761 • email:mail@dnbcpas.com

1



# Louisianna Services Network Data Consortium

The primary purpose of the LSNDC System is to provide a client and service data management tool to aid the ten regional Continua o... Learn more

**Start a GoFundMe**

**Donate now**

## About Louisianna Services Network Data Consortium



**Be the first to donate**
Your donation is the start of Louisianna Services Network Data Consortium's journey to success on GoFundMe. Your early support inspires others to donate.

**Make a donation**

The primary purpose of the LSNDC System is to provide a client and service data management tool to aid the ten regional Continua of Care to end homelessness in Louisiana.

⦿ 1515 Jackson St
Alexandria, LA 71301

Find Louisianna Services Network Data Consortium at

🌐 lsndc.org

🅖 guidestar.org/profile/45-0576042

✦ charitynavigator.org/ein/450576042

**Causes**

Homeless services

**Established**

2020 ??



*LSNDC has been existing as far back as 2009; it was not established in 2020 as the tax return snapshot proves.*

**Tax ID**

45-0576042

https://www.gofundme.com/charity/louisianna-services-network-data-consortium#aboutsection

1

LEA _____ CADDO

## LIST ALL SHELTERS, SCHOOLS AND OTHER PLACES WHERE THE MCKINNEY - VENTO PROGRAMS OPERATE

| | |
|---|---|
| Name of facility | Jewell House |
| Address | 1068 Dalzell, Shreveport, LA 71104 |
| Telephone # | (318) 429-6594 |
| Days per week | 7 days Per Week |

| | |
|---|---|
| Name of facility | Lake Bethlehem Baptist Church |
| Address | 2842 Martin Luther King Jr. Drive, Shreveport, LA 71107 |
| Telephone # | (318) 221-1356 |
| Days per week | 4 Days Per Week |

Number and type of personnel (6 Teachers, 3 Aides and 4 Contracted Enrichment) After school and summer program with funding through Homeless Title I Set Asides and McKinney-Vento.

| | |
|---|---|
| Name of facility | Lake Life Center |
| Address | 900 Pierre Avenue, Shreveport, LA 71103 |
| Telephone # | (318 ) 221-5353 |
| Days per week | 4 Days Per Week |

Number and type of personnel (6 Teachers and 4 Aides) Summer program-funding provided by Homeless Title I Set Asides and McKinney-Vento.

*This snapshot is extracted from among organizations and entities that Pittre Walker submitted in Walker's Title I Grants to Local Educational Agencies application. The 3 entities depicted here are, among businesses that are owned and operated by Walker-Everett family members and allies.* *this was included in the above court case for purposes showing "Mixed-Motives" discrimination at Lafayette postal (tied to predator, United Way which gave $100,000 to LBBC).

84

# BILL UNSHARPENED ALLEGES TITLE 1 HOMELESS FRAUD WITHIN CPSB



Anonymous whistleblower, Bill Unsharpened, has leveled new accusations that a Caddo Parish School Board employee is improperly using a credit card for personal use.

According to Unsharpened, Pittre Walker is the Coordinator of Homeless for Caddo Parish Schools. He claims that in her department, there is a credit card that is issued to be utilized for providing certain immediate needs for homeless children in the school district. He alleges that this card, and the funds that go with it, have been improperly used for personal desires. According to Unsharpened, in 2012 and 2013, the credit card was used for lunches for staff members, as well as a Christmas party. Further, in 2014, he alleges that Walker used the card for a baby shower for an employee by the last name, Smith-Johnson. In another 2014 incident, he alleges that Walker used the card for a retirement party for an outgoing secretary by the last name of Robbins.

According to school board documents, the Title 1 employee by the same name, Pittre Walker, has a total compensation package from the CPSB of $116,425.56 for 2015. Pittre Walker has an apparent connection to a local non-profit named Youth Outreach Services and Jewell House. We cannot confirm what the CPSB policy is about credit card use for things of this nature. CPSB official record keeper, Superintendent Lamar Goree is still avoiding other public records requests we have submitted. For the record, it may be within the CPSB policy to use a credit card in the way Unsharpened has claimed, but he is adamant that it is improper and that he has direct knowledge of the events he described.

SEE THE VIDEO OF BILL UNSHARPENED CLAIMING CREDIT CARD ABUSE IS HAPPENING WITHIN THE TITLE 1 HOMELESS SERVICES DEPARTMENT IN CPSB.



• This specious NGO, is amalgamated with predacious **"Louisiana Services Network Data Consortium."** Its name changed to "HOPE Connections." KTAL news media personality, Jacque Jovic, also is a HOPE board member.

•LSNDC, HOPE for the Homeless, Unity of Greater New Orleans and other entities **are Continuum of Care** cartelist that sued the Louisiana Legislative Auditor to prevent the auditor from access to records pertaining their C o C operations. Yet, LSNDC and affiliates track, compile, and disseminate nationwide, the PIIs of millions of people.



   

## 2500 LINE AVENUE SHREVEPORT, LA 71104

Sponsored Links

There are 28 companies that have an address matching 2500 Line Avenue Shreveport, LA 71104.

The top 25 displayed companies are Louisiana Housing Council Inc, Stone Vista Housing Corporation, Shreveport Leased Housing Corporation, Bossier Community Housing Inc, Rapides Community Housing Inc, Eagle Pointe Development Viii Limited Partnership, Eagle Pointe Development Vii Limited Partnership, Schumpert Medical Center Physicians Inc, Am Pm Original Designs Inc, The Renaissance At Allendale LP, Hacs Bdb Housing LLC, Shreveport Bdb Housing Partners LLC, Hacs Millennium II LLC, Hacs Millennium I LLC, Shreveport Millennium Housing III LLC, Hacs Millennium Iv LLC, Cypress Landing LP, Cypress Landing Gp LLC, Shreveport Millennium Housing I LLC, Shreveport Millennium Housing II LLC, Hacs Millennium III LLC, Habc Cisco Homes LLC, Hacs Gwt Housing LLC, Gwt Housing Partners LLC, and Ch Housing Partners LLC.

*There is no such business called 'Shreveport Housing Authority' nor 'Housing Authority of the City of Shreveport' listed with Bizapedia. Furthermore, among the Louisiana Secretary of State's list of 31 registered housing authorities, no such 'housing authority' for Shreveport is registered.*



PROPERTIES ▾    BUSINESS TYPES ▾    NEWS    MARKETS ▾    AWARDS    POLLS    WEBINARS    RESEARCH

## The Michaels Organization on Its New Affordable La. Communities

APR 18 2014

The Housing Authority of Shreveport, La., and The Michaels Org. recently opened an affordable community called Cypress Landing, and also broke ground on another affordable community called Renaissance at Allendale. MHN talks to The Michaels Org.'s lead developer on these projects, Milt Pratt, about why these apartments are important for the community.

By Jessica Fiur

National | Affordable | Development

Shreveport, La.—The Housing Authority of Shreveport, La., and The Michaels Organization recently opened an affordable community called Cypress Landing, and also broke ground on another affordable community called Renaissance at Allendale. MHN talks to The Michaels Organization's lead developer on these projects, Milt Pratt, about why these apartments are important for the community.

**MHN: Tell me about Cypress Landing.**

**Pratt:** The Michaels Development Company has a long-term partnership with the Shreveport Housing Authority. We've been working closely with them for three or four years to put together a redevelopment strategy for a number of their assets. It's been a positive working relationship. [Cypress Landing is] one of their assets that's not in very good condition in need of a major recapitalization and operating very poorly. It was an opportunity for Michaels and the Housing Authority to come up with a solution. And that's what we did on the Cypress project. It was a complete rehabilitation—and a significant rehabilitation—of an existing 129-unit property in Shreveport. We really did transform the lives of the families that lived in the community—we were able to keep a significant number of the original residents that we had at the property when we started the rehab, we maintained the affordability of the community and we wove it back in to the overall fabric of the neighborhood.

Law & Grace, Inc. » MAYDAY --Please Help Save My Life!          http://lawgrace.org/2017/07/28/mayday-please-help-save-my-life/

## Law & Grace, Inc.
### A Community Service Corporation

**Home    About Law & Grace**

## MAYDAY --Please Help Save My Life!

Posted by Jackson on July 28th 2017 to News

Hopefully this is not too disturbing to read. I am desperate. The thing is --as soon as I can be murdered without traces to persons responsible, it is almost certain to happen. My death could be made to seem like it was a gas explosion, leap off a bridge, robbery victim, vehicle accident. Or, after falsely arresting me, I'd be found hanged in a jail cell. But it won't be because I took my life. I am extremely sad about what seems almost certain to happen --if I am not rescued.

Across this nation, there have been rallies, demonstrations, marches, and protests of police-involved brutalities, shootings and chokings that resulted in deaths; people being wrestled to the ground, handcuffed, bitten by dogs, and wrongfully arrested. Had it not been for cell phone videos and dashcam recordings, many instances of law enforcement overreach would have been difficult to prove. *(This is no intent to discount police officers whose actions have been valid, necessary, ethical --and who go the 'extra mile'.)*

But there'll be no cell phone videos around to show when I am unjustly arrested, or that my life was unjustly taken from me; nor will there protest demonstrations. **SO, before I unjustly meeting demise, I'm pleading to be rescued.**

May I ask those of you who read this to **share my S.O.S. via social media**, as it seems the fastest and most helpful way of a shining spotlight that would deter people responsible for deliberately throwing me in 'the ocean' *(explained below)*, from finishing me off.

This is extremely difficult and painful to write; so please, please overlook parts where it seems like I'm rambling. I'm trying to be informative enough so that it will clear why getting involved with helping me is worthwhile. And I'm trying to be clear about how and why my predicament pertains to protests like these: "All Lives Matter," "Stop the Violence," "Hands Up, Don't Shoot," "No Justice, No Peace," "I Can't Breathe." *(Yes, I have entreated --to no avail-- to local and non-Louisiana authorities. And below I explain why it place loved ones at risk if I sought refuge among them.)*

Depicting the wretched way in I have been living as existing inside a 'virtual ocean' accurately points out the fact that unjustly, unlawfully my freedom already has been taken from me --by Louisiana political operatives who deliberately and repeatedly lacerate me, and law enforcements that "look the other way." Additional explanation about the way I have been forced to live is described below.

Without public observation *(cameras rolling)* people like me are in harms way for speaking up and writing about outrageous, unlawful disparities and indignities against American citizens. Whoever they are --unless citizens "grin & bear it," or "take matters into their own hands" --if we take initiatives to contact our legislators, or attempt legal remedies, usually we become permanently cast in to judicial / political netherworlds for targets of oppression anytime, every time we speak out. Although positioning ourselves or our families in danger is not the outcome we hope for, the other alternative amounts to being socially and economically enslaved --whatever our color of skin or race.

Also, unlawful and fraudulent **economic disparity and injustices** are among the precise reasons why people become estranged from loved ones! Although the very last thing indigent people want to happen is be estranged from love and support --inability to control or change impoverishing politically-entrenched economic systemic and policies is why incalculable numbers of people inadvertently **wound up being burdens to their families and friends.**

PEACE, JUSTICE, and VIOLENCE protests, therefore should not exclude important underlying facts that create dangerous and unwanted social conditions! People should not have to die for there to be attention to serious injustices and inequalities that continuously happen to American citizens such as these: citizens are being utilized as chattel for government contracts and funding that creates a shift in wealth, unlawful business practices, unfair competition; as well as careers for their family & allies / school systems are being taken over --and people's privacy adversely impacted through the predatory special interest political groups that ingratiate themselves into classrooms, public libraries, and certain recreations / targeting certain people and their families for IRS tax auditing / multifaceted, unconscionable privacy intrusions / reprehensible blackballing / strategic . . .

http://www.louisianaweekly.com/shreveport-black-contractors-and-inspectors-acquitted/

# Shreveport Black contractors and inspectors acquitted

25th June 2012  ·

**By J. Kojo Livingston**
*Contributing Writer*

Four years ago it made state and even national news, but on Monday of last week the infamous "Shreveport Community Development Scandal" that began 2009 ended with a whimper. For most of the inspectors and contractors all charges directly related to the scandal have been dropped, and in some cases, replaced with unrelated charges.

Early on the morning of August, 31, heavily armed Sheriffs Deputies stormed the homes of four respected Black contractors James Lester, Alphonso Williams, Santana Brown, and James Alex III, aka Ninja. The contractors were taken to a facility and paraded in chains in front of local media who had been summoned by the Sheriff's office. A press conference was called involving the Sheriff Steve Prater and the District Attorney Charles Scott, declaring that an extensive investigation had exposed a $1.5 million scam to defraud the city and federal government, leaving elderly persons in homes that lacked the promised repairs.

District Attorney Charles Scott blames the failure of the cases on the deaths of witnesses. However, the case against the contractors started losing steam soon after the arrest. First Mayor Cedric Glover came out declaring that the amount of money could not possibly be as high as stated. This brought a quick, public reprimand from the sheriff which seemed to alter the mayor's position. Glover fired the contractors, overriding a decision of the city board that looks into such matters. Glover has also allegedly refused to pay the contractors for work, unrelated to the scandal that had been inspected and approved.

Another issue was how the Home Improvement Fraud law could be applied to the contractors that were arrested. The statute used to arrest the contractors is RS 14:202.1, a Katrina-related law that makes it a crime to knowingly fail to complete work after it has been paid for. Lester and others completed the work before being paid. The statute goes on to say that the law has not been broken if there is a written verification of job completion. The homeowner, the unit manager and the inspector signed the certificate of completion, of which the Sun has a copy. The inspector was arrested but the unit manager was not.

When James Lester's attorney brought this out, even court officials had to locate the statute to see if this was correct. Then, when he moved to dismiss based on the law not applying, Judge Mike Pitman declined to rule on the motion, which would have impacted the other cases.

Finding a pattern of fraud could have been a challenge because of the amount of work that all the contractors had done for the city. An intensive, six-month investigation could only produce one questionable job out of 40 that Ninja Construction had completed and one job out of 40 or more that Williams had done. Santana was charged for having problems with three jobs out of about 40. Lester was the prize winner, with over 200 completed jobs, of which one had an irregularity...the replacement of a $200 furnace that was worked and needed installing.

Per contract, the city normally called contractors back if there was a concern about unfinished work. However this process was sidestepped in favor of criminal action.

According to city sources, the total cost of the work in question is less than $12,000. That figure, divided between four contractors, over a 20-month period represents a fairly small scam operation.

Possibly the most glaring sign that something had gone wrong with the prosecution was the lethargic movement of the cases. During the past four years all the defendants and their witnesses have been called to court about 14 times, then told to go home. Each of their cases was repeatedly continued for 90-day periods until well after the statute of limitations had expired in August of last year.

Last week's actions mean that contractors Jackie Mandigo, Ray Jones and Daniel Lacour have been cleared along with Lester, Brown and Alex. Brown and Alex plead "no contest" to unrelated charges of failing to have a contractor's license, which is usually handled as a civil matter. They both paid $500 in. .

## Sample list of government-funded welfare services providers

Acadiana Legal Service Corporation
Acadiana Outreach Center
Acadiana Voluntary Organization Active in Disasters
Alliance for Justice
American Bar Association "Young Lawyers Division"
American Bar Association Access to Civil Justice
Association of Women Attorneys – New Orleans Chapter
Bowman Systems / ServicePoint system, LLC
Blueprint Louisiana
Caddo Council on Aging
Caddo Parish Homeland Security
Capital Area Alliance for the Homeless
Capital Area Legal Services Corp
Capital One Bank Community Development Corporation
Cartesian Company
Catholic Charities Archdiocese of New Orleans
Catholic Charities Diocese of Baton Rouge
Catholic Charities of North Louisiana
Centerpoint Community Services
Christopher Homes, Inc
Coalition for Louisiana Progress
Community Action Committee *(Zainev)*
Community Foundation of Acadiana
Community Foundation of Shreveport-Bossier
Community Receiving Home, Inc  d/b/a Renaissance Home *(Foote family)*
Disaster Legal Project
Evangeline Community Action
Faith House, Inc.
Family Justice Center -Acadiana
Family Justice Center - Central Louisiana
Family Justice Center -New Orleans.
Federal Bar Association Lafayette *(Summerhays, Whitehurst, Moore, DOJ King)*
Foundation for Louisiana *(Kathleen Blanco)*
Governor's Office of Elderly Affairs
Hackcess to Justice
H.E.L.P  *(Zainev)*
HOPE for the Homeless
Inns of Court -A P Turead Chapter
Inns of Court -Harry V Booth , Henry A Politz *(Hornsby)*
Inns of Court -Judge Fred Fudickar Jr.
Judges and Lawyers Assistance Program, Inc
Judiciary Commission of Louisiana
Junior League of Lafayette
Justice and Accountability Center of Louisiana
Lafayette Bar Association
Lafayette Bar Foundation
Lafayette Bar Foundation Pro Bono Project
Lafayette Catholic Service Centers
Lafayette Low Income Housing Management Corporation
Lafayette Public Trust Financing Authority
Lauren Group, LLC
Legal Services of North Louisiana *dissolved
Louis A. Martinet Legal Society, Inc. of Central Louisiana
Louisiana 2-1-1 Steering Committee
Louisiana Alliance of Nonprofit Organizations *LANO*
Louisiana Association of Business and Industry *LABI.*
Louisiana Association for Justice
Louisiana Association of Nonprofit Organizations *LANO*
Louisiana Association of United Ways
Louisiana Balance of State Continuum of Care

Louisiana Bar Foundation Access to Justice
Louisiana Bar Foundation (IOLTA)
Louisiana Bar Foundation Secret Santa
Louisiana Center for Children's Rights
Louisiana Center for Law and Civic Education
Louisiana Civil Justice Center *(Foote)*
Louisiana Disaster Recovery Foundation (Blanco)
Louisiana Employment Lawyers Association
Louisiana Housing Alliance
Louisiana Housing Assistant Corporation
Louisiana Housing Authority –Chambliss Homes
Louisiana Housing Corporation ("Commission")
Louisiana Housing Council
Louisiana Housing Finance Agency
Louisiana Judicial Campaign Oversight Committee
Louisiana Lieutenant Governor's Office of Social Entrepreneurship
Louisiana Office of Community Development
Louisiana Recovery Authority *(Gov. Blanco)*
Louisiana Services Network Data Consortium (HMIS)
Louisiana State Bar Association
Louisiana State Bar Association Committee on Diversity
Louisiana State Bar Association YLD's Barristers for Boards
Louisiana State Bar Association
Louisiana State Law Institute
Louisiana Supreme Court Historical Society
Louisiana Voluntary Organization Active in Disasters
Louisiana Workforce Commission
Mental Health Association in Louisiana
National Association of Women Judges
NeighborWorksAmerica
New Orleans Council for Community & Justice
New Orleans Family Justice Alliance
New Orleans Family Justice Center
North Louisiana Chapter Federal Bar Association -Shreveport
                              *(Hicks, Hornsby, Homza)*
One Acadiana, Inc
Open Arms Adoption Services
Pro Bono Project *(Zainev)*
Project Celebration, Inc.
Promise of Justice Initiative
Rehabilitation Services Administration
Rural Rental Housing Association
St. Andrew's Village, Wynhoven Chateau *(Zainev)*
St.Martin, Iberia,Lafayette Community Action Agency
S.O.L.A.C.E. *(Zainev)*
Shreveport Bar Association
Shreveport Bar Foundation
Shreveport Leased Housing Company
Smith - Foote Law Firm *(former Alexandria judge)*
Social Justice Civic League
Southern Association of Workers' Compensation Administrators
Southeast Louisiana Legal Services
Southwest Louisiana Legal Service
Unity of Greater New Orleans
United Way of Acadiana
University Hospital & Clinics, Inc *(DOJ Williams)*
Volunteers for Youth Justice Judges and Lawyers Assistance
Wellspring Alliance for Families
World Justice Project
YWCA of Northwest Louisiana

*Red underline denotes courtroom either judge or DOJ lawyer*