**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| BARBARA FENELON JACKSON, ET AL. | CIVIL ACTION NO. 26-2480 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LAKE BETHLEHEM BAPTIST CHURCH, ET AL. | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

Barbara Fenelon Jackson and Cheryl Fenelon (collectively, " Fenelon Jackson") have a history of filing frivolous lawsuits in this district about their housing. *See, e.g.*, *Fenelon v. Hous. & Urb. Dev.*, No. 21-1221 (W.D. La. filed May 2, 2021); *Jackson v. Hous. & Urb. Dev.*, No. 22-5228 (W.D. La. filed Sept. 7, 2022); *Fenelon v. Hous. & Urb. Dev.*, No. 23-329 (W.D. La. filed Mar. 10, 2023); *Fenelon v. Hous. & Urb. Dev.*, No. 23-1717 (W.D. La. filed Dec. 4, 2023). This is the latest entry in Fenelon Jackson's series.

Fenelon Jackson has filed an omnibus motion for a temporary restraining order seeking, among other things, relocation assistance and witness protection. Record Document 1. However, Fenelon Jackson has never filed a complaint in this action.

Federal Rule of Civil Procedure 3 states that a "civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Without a complaint, a federal court does not have jurisdiction to act. *See, e.g.*, *In re Market Basket, Inc.*, 122 F. Supp.

321, 322 (W.D. Mo. 1954) ("I am wholly without any jurisdiction to determine the merits of the controversy, because no action in respect of the matter has ever been commenced or is pending in this court."); *P.K. Fam. Rest. v. Internal Revenue Serv.*, 535 F. Supp. 1223, 1224 (N.D. Ohio 1982) ("Absent a complaint, this Court lacks jurisdiction to entertain plaintiff's petition for injunctive relief."). In this case, the Court lacks jurisdiction to consider Fenelon Jackson's demands for injunctive relief because no complaint has ever been filed.

Considering the foregoing,

**IT IS ORDERED** that the Emergency Motion for a Temporary Restraining Order for Relocation Assistance, Witness Protection, Service by U.S. Marshal, and Authorization for Electronic Filing, Record Document 1, is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Expedite, Record Document 5, is **DENIED** as moot.

**IT IS FURTHER ORDERED** and **THE CLERK IS INSTRUCTED** to **CLOSE** this matter.

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE